ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § |
| vs. | § |
| | § Case No. 4:09-MJ-282 |
| DANIEL BERNARDINO (07) | § |
| GUSTAVO PULIDO (08) | § |

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case:** This case is eligible for a detention order because the case involves:
___ Crime of violence [18 U.S.C. § 3156]            ___ Maximum sentence of LIFE imprisonment or death
___ Controlled Substance offense punishable by 10 or more years
___ Felony with 2 prior convictions in above categories    ___ Felony involving a minor victim
___ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
___ Felony involving a failure to register under 18 U.S.C. § 2250
_X_ Serious risk that the Defendant will flee           _X_ Serious risk that Defendant will obstruct justice

**2. Reason for Detention.** The Court should detain the Defendant because there are no conditions of release which would reasonably assure:
_X_ Defendant's appearance as required       _X_ The safety of the community
_X_ The safety of another person.

**3.** The United States **will not** invoke the rebuttable presumption against the Defendant because: there is probable cause to believe that the Defendant has committed:
___ A Controlled Substance Offense punishable by 10 or more years imprisonment
___ A firearms offense under Title 18, United States Code, Section 924(c)
___ A federal crime of terrorism punishable by 10 or more years imprisonment
___ A Felony -listed in 18 U.S.C. § 3142(e) - involving a minor victim
___ A Felony involving a failure to register under 18 U.S.C. § 2250
___ the Defendant has previously been convicted of an offense described in 18 USC 3142(f)(1) which was committed while the Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of the defendant's conviction or date of release from imprisonment for such conviction..

**4. Time for Detention Hearing.** The United States requests the Court to conduct the detention hearing
___ at the Defendant's first appearance       _X_ After a continuance of _3_ days.

Respectfully submitted,

JAMES T JACKS
UNITED STATES ATTORNEY

_/s/_
Assistant United States Attorney
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
(817) 252-5200

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE October 22, 2009

Joshua T. Burgess
Assistant United States Attorney