



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

DEC - 9 2009

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | | § | |
| | | § | |
| v. | | § | |
| | | § | |
| ALBERTO PULIDO | (1) | § | |
|   a/k/a "Betico" | | § | No. 4:09-CR-160-A |
| JUAN RAMIREZ | (2) | § | **(Supersedes Indictment returned** |
| JAVIER ROSALES | (3) | § | **November 17, 2009)** |
| JESUS ORTEGA | (4) | § | |
| DANIEL BERNARDINO | (5) | § | |
| GUSTAVO PULIDO | (6) | § | |
| ISIDRO LOZANO | (7) | § | |
| EDUARDO FLORES | (8) | § | |

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

## INTRODUCTION

At all times material to this Indictment:

1. The La Familia Drug Trafficking Organization (DTO) is a Mexican cartel responsible for the exportation of narcotics to the United States. The Gulf Cartel is a rival DTO that utilizes the paramilitary resources of an organization known as the "Zetas" to control narcotics supply routes through the use of violence. The La Familia DTO is in a state of conflict with the Zetas.

2. Handguns and rifles are heavily restricted in Mexico. Therefore, in order to

Superseding Indictment - Page 1

arm themselves, the La Familia DTO, through the direction of defendant **Alberto Pulido**,

also known as Betico, has sought to have firearms purchased in the United States and

smuggled to Mexico.  In order to fund the purchase of the firearms, narcotics were

smuggled into the United States.

3.  The Arms Export Control Act (AECA), as amended, and codified at 22 U.S.C.

§§2751 to 2799aa-2, authorizes the President to control the export of commodities,

services and technologies designated as "defense articles" and "defense services" in

furtherance of the security and foreign policy interests of the United States.  The articles

and services so designated constitute the U.S. Munitions List (USML), which is published

at 22 C.F.R. § 121.  The AECA provides that individuals or entities seeking to export

articles or services listed in the USML must first register with and obtain an export

license from the U.S. Department of State Directorate of Defense Trade Controls (DOS).

The President has delegated to DOS the authority to designate defense articles and

defense services, and to issue regulations governing the licensing of designated materials.

4.  The DOS regulations implementing the provisions of the AECA are entitled the

International Traffic in Arms Regulations (ITAR), Title 22 Code of Federal Regulations,

Sections 120-130 (Subchapter M).  The ITAR identify by category the defense-related

articles and services that are covered by the USML, and establish the requirements and

procedures for registering with and obtaining a license from DOS for the export of any

such materials.  Among other requirements, the ITAR requires an applicant for an export

license to identify the ultimate and final destination of the goods or services.

5.  Category I of the USML covers several classifications of firearms, including nonautomatic and semi-automatic firearms up to .50 caliber.   22 C.F.R. § 121.1 Category I (a).  The following weapons were covered by Category I of the USML, and were defense articles that could not be exported from the United States without a license issued by the DOS:

> a.  Romarms WASR-10 rifle;
>
> b.  Barrett 82A1, .50 caliber rifle;
>
> c.  PTR-91, Model KMF4, .308 carbine rifle;
>
> d.  Colt, Model 02091, "El Jefe," .38 Super pistol;
>
> e.  Colt, Law Enforcement Carbine, 5.56mm rifle, model LE6920;
>
> f.  Arma-Lite AR-10;
>
> g.  Smith & Wesson 19-2, .357 caliber handgun;
>
> h.  Smith & Wesson 19-4, .357 caliber handgun.

6.  Federal Firearms Licensees (FFL) are dealers of firearms who sell firearms as part of their livelihood.  FFLs are required by federal law to maintain records relating to the sale of firearms to consumers.  The principal purpose of requiring licensed firearms dealers to obtain such information from purchasers is to assist law enforcement activities. One of the records required to be kept by FFLs is the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 (Form 4473).  Military Gun Supply is a gun store

that is owned by D.N.  Ammo Depot is a gun store that is owned by M.L.  D.N. and M.L. are both FFLs.

7. Form 4473 requires a purchaser of a firearm to truthfully answer whether or not the firearms being purchased are being acquired on behalf of another person.  It is illegal to state on Form 4473 that a person is the "actual buyer" of the firearm if the firearm is purchased at the request of, or with the money from, a third party.  The members of the conspiracy would circumvent this requirement by lying on the Form 4473, stating the guns were for themselves, when in fact they were being transferred to others.

<u>Count One</u>
Conspiracy to Smuggle Goods from the United States
(Violation of 18 U.S.C. § 371 (18 U.S.C. § 554 and 18 U.S.C. § 922(a)(1)(A))

The Grand Jury incorporates and realleges the allegations set out in paragraphs 1-7 of the Introduction to the Indictment.

From on or about June 14, 2006, until at least October 21, 2009, in the Fort Worth Division of the Northern District of Texas, and elsewhere, the defendants **Alberto Pulido,** also known as Betico, **Juan Ramirez, Javier Rosales, Jesus Ortega, Daniel Bernardino, Gustavo Pulido, Isidro Lozano**, and **Eduardo Flores** did knowingly and willfully combine, conspire, confederate and agree together and with each other and with others known and unknown to the Grand Jury to commit offenses against the United States, to wit:

(A)  to fraudulently and knowingly export and send from the United States, and attempt to export and send from the United States any merchandise, object and article contrary to law and regulation of the United States, that is, firearms and ammunition; and to receive, conceal, buy, sell, and in any other manner facilitate the transportation, concealment, and sale of said firearms and ammunition, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, in violation of 18 U.S.C. § 554;

(B) to willfully engage in the business of dealing in firearms, while not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States

Code, in violation of 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D).

<u>Manner and Means</u>

The manner and means by which the defendants sought to accomplish the objects of the conspiracy included, among others, the following:

a. Defendant **Juan Ramirez** would purchase firearms for the purpose of exporting them to **Alberto Pulido** and the La Familia DTO in Mexico. So as to avoid drawing undue suspicion to himself, **Juan Ramirez** would recruit other individuals to purchase firearms on his behalf. **Juan Ramirez** would pay these individuals for purchasing the guns and turning them over to him.

b. After **Juan Ramirez** had a falling out with the La Familia DTO, defendant **Javier Rosales** assumed leadership responsibilities from **Juan Ramirez**. When **Javier Rosales** had firearms ready to be taken to Mexico, he would drive his vehicle to a public location. Once there, the vehicle would be driven away by other unidentified members of the conspiracy. The guns would be driven to a ranch located in Cleburne, Texas.

c. The ranch in Cleburne, Texas is a five-acre property surrounded by a fence, with an interior privacy fence. Persons residing at the ranch conducted frequent patrols of the property. Once firearms were taken to the ranch, they were unloaded to await shipment to Mexico. After the firearms were unloaded, **Javier Rosales'** vehicle was returned to him.

d. On at least one occasion, defendants **Daniel Bernardino, Gustavo Pulido,**

and **Isidro Lozano** were utilized to transport weapons for the organization.   Defendant **Eduardo Flores** helped to coordinate the activities of **Isidro Lozano**.

Overt Acts

In furtherance of the conspiracy and to effect the objects thereof, in the Northern District of Texas, at least one of the conspirators committed and caused to be committed, at least one of the following overt acts:

a.  On or about August 29, 2008, **Juan Ramirez** purchased a Barrett .50 caliber rifle, serial number 22843, and five (5) Romarms WASR-10 rifles, serial numbers 19845AY4514, 46491065OP1901, 1965LM1248, 1966TU2666, and 1975F00766, from the Ammo Depot in Caddo Mills, Texas.  Although these weapons were purchased for export to Mexico, **Juan Ramirez** stated on the Form 4473 that he was the actual buyer of this weapon, when in fact he was not.

b.  On or about September 20, 2008, **Juan Ramirez** purchased twenty (20) AK-47 type rifles from Military Gun Supply in Fort Worth, Texas.  Although these weapons were purchased for export to Mexico, **Juan Ramirez** stated on the Form 4473 that he was the actual buyer of these weapons, when in fact he was not.

c.  On or about November 11, 2008, **Javier Rosales** delivered multiple firearms to two Hispanic males in order to have the firearms transported.

d.  On or about December 19, 2008, **Javier Rosales** purchased a Colt, Model 02091, "El Jefe," .38 Super pistol, serial number 38SS04054, for the purpose of giving it

as a gift to a boss in the La Familia Drug Trafficking Organization in Mexico.

     e.  On or about December 20, 2008, **Jesus Ortega, Daniel Bernardino** and others drove in a three-car caravan toward the Mexican border.  Approximately 25 miles from the international border with Mexico, their vehicles were stopped by law enforcement.  A subsequent search of a 1999 Chevrolet van that was part of their caravan revealed the presence of 33 firearms and approximately 11,000 rounds of ammunition.  The guns were concealed inside the lining of the walls and the ceiling of the van.  Among the guns seized was the .38 Super pistol purchased on December 19, 2008, by **Javier Rosales**.

     f.  On or about June 22, 2009, **Javier Rosales** loaded multiple firearms into his vehicle and drove to the Home Depot at I-35 and Sycamore School Road in Fort Worth, Texas.  **Javier Rosales** was met by two Hispanic males.  **Javier Rosales** allowed one of the men to drive away in his vehicle.  The vehicle was driven to 6209 Roberts Lane, Cleburne, Texas, where the guns were unloaded.  The vehicle was then returned to **Javier Rosales** at the Home Depot.

     g.  On or about July 8, 2009, **Javier Rosales** delivered four (4) PTR-91 .308 caliber rifles to **Gustavo Pulido**.

     h.  On or about July 10, 2009, **Javier Rosales** delivered four (4) additional PTR-91 .308 caliber rifles to **Gustavo Pulido**.

     i.  On or about October 16, 2009, **Eduardo Flores** recruited **Isidro Lozano** to transport weapons to McAllen, Texas.

**Superseding Indictment - Page 8**

j.  On or about October 16, 2009, **Isidro Lozano** received six Colt, Law Enforcement Carbine, 5.56 rifles, Model LE6920, a Colt .38 Super Pistol, 200 pistol magazines, and 25 AR-15 magazines from **Javier Rosales**.

All in violation of 18 U.S.C. § 371 (18 U.S.C. § 554(a) and 18 U.S.C. §922(a)(1)(A)).

<u>Count Two</u>
Smuggling Goods From the United States
(Violation of 18 U.S.C. § 554(a))

The Grand Jury incorporates and realleges the allegations set out in paragraphs

1 through 7 of the Introduction to the Indictment.

On or about August 29, 2008, in the Northern District of Texas, the defendant,

**Juan Ramirez**, did fraudulently and knowingly receive, conceal, buy, and facilitate the

transportation, concealment and sale, prior to export from the United States, of

merchandise, articles, and objects, specifically, five (5) Romarms WASR-10 rifles, serial

numbers 19845AY4514, 46491065OP1901, 1965LM1248, 1966TU2666, and

1975F00766, and one (1) Barrett model 82A1, .50 caliber rifle, serial number 22843,

knowing these to be intended for export, without first having obtained the required export

license and authorization from the U.S. Department of State, in violation of, and contrary

to, the Arms Export Control Act, 22 U.S.C. § 2778(b)(2) and (c), and the International

Traffic in Arms Regulations, 22 C.F.R. §§ 121.3, 123.1 and 127.1.

In violation of 18 U.S.C. § 554(a).

<u>Count Three</u>
Smuggling Goods From the United States
(Violation of 18 U.S.C. § 554(a))

The Grand Jury incorporates and realleges the allegations set out in paragraphs

1 through 7 of the Introduction to the Indictment.

On or about July 14, 2009, in the Northern District of Texas, the defendants,

**Javier Rosales** and **Gustavo Pulido**, did fraudulently and knowingly receive, conceal,

buy, and facilitate the transportation, concealment and sale, prior to export from the United

States, of merchandise, articles, and objects, specifically, eight (8) PTR-91, Model KMF4,

.308 carbines, serial numbers AW5991, AW6097, AW6065, AW6100, AW6092,

AW5953, AW5975, and AW6075,  knowing these to be intended for export, without first

having obtained the required export license and authorization from the U.S. Department of

State, in violation of, and contrary to, the Arms Export Control Act, 22 U.S.C. §

2778(b)(2) and (c), and the International Traffic in Arms Regulations, 22 C.F.R. §§ 121.3,

123.1 and 127.1.

In violation of 18 U.S.C. § 554(a).

<u>Count Four</u>
Smuggling Goods From the United States
(Violation of 18 U.S.C. § 554(a))

The Grand Jury incorporates and realleges the allegations set out in paragraphs 1 through 7 of the Introduction to the Indictment.

On or about December 19, 2008, in the Northern District of Texas, the defendant, **Javier Rosales**, did fraudulently and knowingly receive, conceal, buy, and facilitate the transportation, concealment and sale, prior to export from the United States, of merchandise, articles, and objects, specifically, one (1) Colt, Model 02091, "El Jefe," .38 Super pistol, serial number 38SS04054, knowing these to be intended for export, without first having obtained the required export license and authorization from the U.S. Department of State, in violation of, and contrary to, the Arms Export Control Act, 22 U.S.C. § 2778(b)(2) and (c), and the International Traffic in Arms Regulations, 22 C.F.R. §§ 121.3, 123.1 and 127.1.

In violation of 18 U.S.C. § 554(a).

<u>Count Five</u>
Smuggling Goods From the United States
(Violation of 18 U.S.C. § 554(a))

The Grand Jury incorporates and realleges the allegations set out in paragraphs

1 through 7 of the Introduction to the Indictment.

On or about December 20, 2008, in the Northern District of Texas, the defendants,

**Jesus Ortega** and **Daniel Bernardino** did fraudulently and knowingly receive, conceal,

buy, and facilitate the transportation, concealment and sale, prior to export from the United

States, of merchandise, articles, and objects, specifically, firearms and ammunition,

including, but not limited to, one (1) Colt, Model 02091, "El Jefe," .38 Super pistol, serial

number 38SS04054, one (1) Arma-Lite AR-10, serial number US313179, one (1) Smith &

Wesson 19-2, .357 caliber handgun, serial number K629979, one (1) Smith & Wesson 19-

4, .357 caliber handgun, serial number 84K6031, and one (1) Romarms WASR-10, serial

number 164382-04,  knowing these to be intended for export, without first having obtained

the required export license and authorization from the U.S. Department of State, in

violation of, and contrary to, the Arms Export Control Act, 22 U.S.C. § 2778(b)(2) and (c),

and the International Traffic in Arms Regulations, 22 C.F.R. §§ 121.3, 123.1 and 127.1.

In violation of 18 U.S.C. § 554(a).

<u>Count Six</u>
False Statement During Purchase of a Firearm
(Violation of 18 U.S.C. §924(a)(1)(A))

The Grand Jury incorporates and realleges the allegations set out in paragraphs 1-7 of the Introduction to the Indictment.

On or about August 29, 2008, in the Northern District of Texas, the defendant, **Juan Ramirez**, knowingly made a false statement and representation to M.L., doing business as Ammo Depot, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of M.L., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the firearms listed on this form, whereas in truth and in fact, he was acquiring the firearms on the behalf of another person.

In violation of 18 U.S.C. §924(a)(1)(A).

## Count Seven
### False Statement During Purchase of a Firearm
### (Violation of 18 U.S.C. §924(a)(1)(A))

The Grand Jury incorporates and realleges the allegations set out in paragraphs 1-7 of the Introduction to the Indictment.

On or about September 20, 2008, in the Northern District of Texas, the defendant, **Juan Ramirez**, knowingly made a false statement and representation to D.N., doing business as Military Gun Supply, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of D.N., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the firearms listed on this form, whereas in truth and in fact, he was acquiring the firearms on the behalf of another person.

In violation of 18 U.S.C. §924(a)(1)(A).

<u>Count Eight</u>
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of Title 21 U.S.C. § 846)

From on or about October 14, 2009, and continuing thereafter until October 21, 2009, in the Fort Worth Division of the Northern District of Texas, the defendants, **Alberto Pulido,** also known as Betico, and **Javier Rosales**, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)).

Forfeiture Allegation
[19 U.S.C. § 1595a(d) and 28 U.S.C. § 2461(c);
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)]

Upon conviction for any of the offenses alleged in Counts 1-5 of this Indictment and pursuant to 19 U.S.C. § 1595a(d) and 28 U.S.C. § 2461(c), the defendants, **Alberto Pulido, Juan Ramirez, Javier Rosales, Jesus Ortega, Daniel Bernardino, Gustavo Pulido, Isidro Lozano**, and **Eduardo Flores**, shall forfeit to the United States of America the merchandise exported or sent from the United States or attempted to be exported or sent from the United States in violation of law, or the proceeds or value thereof, and the property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation.

Upon conviction for any of the offenses alleged in Counts 1-5 of this Indictment and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the defendants, **Alberto Pulido, Juan Ramirez, Javier Rosales, Jesus Ortega, Daniel Bernardino, Gustavo Pulido, Isidro Lozano,** and **Eduardo Flores**, shall forfeit to the United States of America any and all property constituting or derived from proceeds traceable to the respective offense.

Upon conviction for any of the offenses alleged in Counts 6-7 of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Juan Ramirez**, shall forfeit to the United States of America all firearms and ammunition

involved or used in the respective offense.

Upon conviction for the offense alleged in Count 8 of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **Alberto Pulido,** also known as Betico, and **Javier Rosales,** shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

The above-referenced property subject to forfeiture includes, but is not limited to, the following:

1. The real property at 6209 Roberts Lane, Cleburne, Johnson County, Texas, described as being a 4.811 acre, more or less, tract of land out of the S. Kinsey Survey, Abstract No, 475, Johnson County, Texas, and more particularly described as the real property conveyed by Stephen J. Perry and Diana L. Perry to Ramon Godinez by warranty deed with vendor's lien on July 20, 2007 recorded with the Johnson County Clerk on July 30, 2007. [concerning Counts 1-5 and 8]

2. 2008 Nissan Titan, bearing Texas license plate 82RSY8. [concerning Counts 1, 4, and 8]

3. 2008 Dodge Ram, VIN 3D6WC66A08G148431 and bearing Oklahoma license plate 180BXC [concerning Count 1].

4. 2003 Ford F550, VIN 1FDAF56P53EC75452 and bearing Oklahoma license plate 073BAZ. [concerning Count 1].

5. 2007 Chevrolet box truck, VIN 1GBHG31U871160895. [concerning Count 1].

6.     2007 Chevrolet box truck, VIN 1GBHG31V071181295.
       [concerning Count 1].

7.     Six (6) Colt Law Enforcement Carbine 5.56 rifles, Model LE6920,  serial
       numbers LE074662, LE073524, LE074412, LE 073210, LE068877, and
       LE073371.
       [concerning Count 1].

8.     One Colt, Model 02091, "El Jefe," .38 caliber, SN 38SS04015.
       [concerning Count 1].

9.     One hundred rounds of Lake City .50 caliber ammunition.
       [concerning Count 1].

10.    Eight PTR-91, Model KMF4, .308 carbines, seized from the home of
       Gustavo Pulido on or about July 14, 2009.
       [concerning Count 3].


A TRUE BILL

_____
FOREPERSON


JAMES T. JACKS
UNITED STATES ATTORNEY


_____
JOSHUA T. BURGESS
Assistant United States Attorney
Texas State Bar No. 24001809
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone:  817.252.5200
Facsimile:  817.978.3094


**Superseding Indictment - Page 19**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

ALBERTO PULIDO (01)
also known as "Betico"
JUAN RAMIREZ (02)
JAVIER ROSALES (03)
JESUS ORTEGA (04)
DANIEL BERNARDINO (05)
GUSTAVO PULIDO (06)
ISIDRO LOZANO (07)
EDUARDO FLORES (08)

SUPERSEDING INDICTMENT

18 U.S.C. § 371 (18 U.S.C. § 554 and 18 U.S.C. § 922(a)(1)(A))
Conspiracy to Smuggle Goods from the United States

(COUNT 1)

18 U.S.C. § 554(a)
Smuggling Goods From the United States

(COUNT 2)

18 U.S.C. § 554(a)
Smuggling Goods From the United States

(COUNT 3)

18 U.S.C. § 554(a)
Smuggling Goods From the United States

(COUNT 4)

18 U.S.C. § 554(a)
Smuggling Goods From the United States

(COUNT 5)

18 U.S.C. § 924(a)(1)(A)
False Statement During Purchase of a Firearm

(COUNT 6)

18 U.S.C. § 924(a)(1)(A)
False Statement During Purchase of a Firearm

(COUNT 7)

21 U.S.C. §§846
Conspiracy to Possess with Intent to Distribute a Controlled Substance

(COUNT 8)

19 U.S.C. § 1595a(d) and 28 U.S.C. § 2461(c);
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c);
21 U.S.C. § 853(a)

(FORFEITURE ALLEGATIONS)

------------------------------------------------------------------------------------------------

A true bill rendered,

FORT WORTH _____ FOREPERSON

Filed in open court this 9th day of December, A.D. 2009.

------------------------------------------------------------------------------------------------

PROVISIONAL WARRANT PENDING: Alberto Pulido a/k/a "Betico"

PRETRIAL RELEASE: Juan Ramirez, Jesus Ortega, Daniel Bernardino, Gustavo Pulido, and
Isidro Lozano

FEDERAL CUSTODY: Javier Rosales and Eduardo Flores

UNITED STATES ~~MAGISTRATE~~ JUDGE _Terry R. Means_____

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| Related Case Information |
| --- |
| Superseding Indictment: ☒ Yes ☐ No |
| New Defendant: ☐ Yes ☒ No |
| Pending CR Case in NDTX: ☒ Yes ☐ No 4:09-CR-160-A |
| Search Warrant Case Number: _____ Rule 20 from District of: _____ |
| Magistrate Case Number: _____ |

1.   **Defendant Information**

Juvenile:   ☐ Yes   ☒ No

Sealed:   ☐ Yes   ☒ No

Defendant Name
**ALBERTO PULIDO (01)**

Alias Name: "Betico"
Address

RECEIVED
DEC – 9 2009
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2.   **U.S. Attorney Information**

AUSA   Joshua T. Burgess                    Bar # 24001809

3.   **Interpreter**

☒ Yes ☐ No
If Yes, list language and/or dialect:   Spanish

4.   **Location Status**

Arrest Date:

☐ Federal Inmate
☐ Already in State Custody
☐ On Pretrial Release
☒ Provisional Warrant Pending

5.   **U.S.C. Citations**

Total # of Counts as to This Defendant: 2        ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| 18 U.S.C. § 371 (18 U.S.C. § 554 and 18 U.S.C. § 922(a)(1)(A)) | Conspiracy to Smuggle Goods from the United States | 1 |
| 21 U.S.C. §§846 and 841(b)(1)(B) | Conspiracy to Possess with Intent to Distribute a Controlled Substance | 8 |

Date  12-9-09                     Signature of AUSA: _____

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

<table>
<tr><td colspan="2"><b>Related Case Information</b></td></tr>
<tr><td>Superseding Indictment: ☒ Yes ☐ No</td></tr>
<tr><td>New Defendant: ☐ Yes ☒ No</td></tr>
<tr><td>Pending CR Case in NDTX: ☒ Yes ☐ No 4:09-CR-160-A</td></tr>
<tr><td>Search Warrant Case Number: _____ Rule 20 from District of: _____</td></tr>
<tr><td>Magistrate Case Number: _____</td></tr>
</table>

1. **Defendant Information**

   Juvenile:   ☐ Yes ☒ No

   Sealed:    ☐ Yes ☒ No

   Defendant Name
   **JUAN RAMIREZ (02)**

   Alias Name:
   Address

2. **U.S. Attorney Information**

   AUSA    Joshua T. Burgess            Bar # 24001809

   RECEIVED

   DEC - 9 2009

   CLERK U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

3. **Interpreter**

   ☒ Yes ☐ No

   If Yes, list language and/or dialect: ___ Spanish _____

4. **Location Status**

   Arrest Date: 10/21/09

   ☐ Federal Inmate
   ☐ Already in State Custody
   ☒ On Pretrial Release
   ☐ Warrant to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 4        ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 371 (18 U.S.C. § 554 and 18 U.S.C. § 922(a)(1)(A)) | Conspiracy to Smuggle Goods from the United States | 1 |
| 18 U.S.C. § 554(a) | Smuggling Goods from the United States | 2 |
| 18 U.S.C. § 924(a)(1)(A) | False Statement During Purchase of a Firearm | 6 |
| 18 U.S.C. § 924(a)(1)(A) | False Statement During Purchase of a Firearm | 7 |

Date  12-9-07            Signature of AUSA: _____

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | Related Case Information |
|---|---|
| | Superseding Indictment: ☒ Yes ☐ No |
| | New Defendant: ☐ Yes ☒ No |
| | Pending CR Case in NDTX: ☒ Yes ☐ No 4:09-CR-160-A |
| | Search Warrant Case Number: _____ Rule 20 from District of: _____ |
| | Magistrate Case Number: _____ |

1.  **Defendant Information**

    Juvenile:   ☐ Yes  ☒ No

    Sealed:   ☐ Yes  ☒ No

    Defendant Name
    **JAVIER ROSALES (03)**

    Alias Name:
    Address

2.  **U.S. Attorney Information**

    AUSA   Joshua T. Burgess                    Bar # 24001809

3.  **Interpreter**

    ☐ Yes  ☒ No
    If Yes, list language and/or dialect: _____

4.  **Location Status**

    Arrest Date: 10/21/09

    ☒ Federal Inmate

    ☐ Already in State Custody
    ☐ On Pretrial Release
    ☐ Warrant to Issue

5.  **U.S.C. Citations**

    Total # of Counts as to This Defendant: 4        ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 371 (18 U.S.C. § 554 and 18 U.S.C. § 922(a)(1)(A)) | Conspiracy to Smuggle Goods from the United States | 1 |
| 18 U.S.C. § 554(a) | Smuggling Goods from the United States | 3 |
| 18 U.S.C. § 554(a) | Smuggling Goods from the United States | 4 |
| 21 U.S.C. §§846 and 841(b)(1)(B) | Conspiracy to Possess with Intent to Distribute a Controlled Substance | 8 |

Date   12-09-09                    Signature of AUSA: _____

*Criminal Case Cover Sheet*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| Related Case Information |
| --- |
| Superseding Indictment: ☒ Yes ☐ No |
| New Defendant: ☐ Yes ☒ No |
| Pending CR Case in NDTX: ☒ Yes ☐ No  4:09-CR-160-A |
| Search Warrant Case Number: _____ Rule 20 from District of: _____ |
| Magistrate Case Number: _____ |

RECEIVED

DEC - 9 2009

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

1. **Defendant Information**

   Juvenile:   ☐ Yes  ☒ No

   Sealed:   ☐ Yes  ☒ No

   Defendant Name
   **JESUS ORTEGA (04)**

   Alias Name:
   Address

2. **U.S. Attorney Information**

   AUSA   Joshua T. Burgess          Bar # 24001809

3. **Interpreter**

   ☒ Yes ☐ No
   If Yes, list language and/or dialect:  Spanish

4. **Location Status**

   Arrest Date: 10/21/09

   ☐ Federal Inmate
   ☐ Already in State Custody
   ☒ On Pretrial Release
   ☐ Warrant to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 2        ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| 18 U.S.C. § 371 (18 U.S.C. § 554 and 18 U.S.C. § 922(a)(1)(A)) | Conspiracy to Smuggle Goods from the United States | 1 |
| 18 U.S.C. § 554(a) | Smuggling Goods From the United States | 5 |

Date ___12-9-09___          Signature of AUSA: _____

ORIGINAL

*Criminal Case Cover Sheet*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

RECEIVED

DEC − 9 2009

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☒ Yes ☐ No

New Defendant: ☐ Yes ☒ No

Pending CR Case in NDTX: ☒ Yes ☐ No  4:09-CR-160-A

Search Warrant Case Number: _____ Rule 20 from District of: _____

Magistrate Case Number: _____

1.  **Defendant Information**

Juvenile:  ☐ Yes ☒ No

Sealed:  ☐ Yes ☒ No

Defendant Name
**DANIEL BERNARDINO (05)**

Alias Name:
Address

2.  **U.S. Attorney Information**
AUSA  Joshua T. Burgess        Bar # 24001809

3.  **Interpreter**
☒ Yes ☐ No
If Yes, list language and/or dialect: ____Spanish____

4.  **Location Status**

Arrest Date: 10/21/09

☐ Federal Inmate
☐ Already in State Custody
☒ On Pretrial Release
☐ Warrant to Issue

5.  **U.S.C. Citations**

Total # of Counts as to This Defendant: 2        ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 371 (18 U.S.C. § 554 and 18 U.S.C. § 922(a)(1)(A)) | Conspiracy to Smuggle Goods from the United States | 1 |
| 18 U.S.C. § 554(a) | Smuggling Goods From the United States | 5 |

Date  12-9-09 _____        Signature of AUSA: _____

ORIGINAL



RECEIVED

DEC - 9 2009

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

*Criminal Case Cover Sheet*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

---

**Related Case Information**

Superseding Indictment: ☒ Yes ☐ No

New Defendant: ☐ Yes ☒ No

Pending CR Case in NDTX: ☒ Yes ☐ No 4:09-CR-160-A

Search Warrant Case Number: _____ Rule 20 from District of: _____

Magistrate Case Number:_____

---

1. **Defendant Information**

   Juvenile:  ☐ Yes  ☒ No

   Sealed:  ☐ Yes  ☒ No

   Defendant Name
   **GUSTAVO PULIDO (06)**

   Alias Name:
   Address

2. **U.S. Attorney Information**

   AUSA   Joshua T. Burgess          Bar # 24001809

3. **Interpreter**

   ☒ Yes ☐ No
   If Yes, list language and/or dialect:    Spanish

4. **Location Status**

   Arrest Date: 10/21/09

   ☐ Federal Inmate

   ☐ Already in State Custody

   ☒ On Pretrial Release

   ☐ Warrant to Issue

   ☐ Warrant Issued

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 2          ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 371 (18 U.S.C. § 554 and 18 U.S.C. § 922(a)(1)(A)) | Conspiracy to Smuggle Goods from the United States | 1 |
| 18 U.S.C. § 554(a) | Smuggling Goods From the United States | 3 |

Date   12-9-09          Signature of AUSA: _____

ORIGINAL

RECEIVED

DEC – 9 2009

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

*Criminal Case Cover Sheet*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

### Related Case Information

Superseding Indictment: ☒ Yes ☐ No

New Defendant: ☐ Yes ☒ No

Pending CR Case in NDTX: ☒ Yes ☐ No  4:09-CR-160-A

Search Warrant Case Number: _____ Rule 20 from District of: _____

Magistrate Case Number:_____

1. **Defendant Information**

   Juvenile:   ☐ Yes ☒ No

   Sealed:   ☐ Yes ☒ No

   Defendant Name
   **ISIDRO LOZANO (07)**

   Alias Name:
   Address

2. **U.S. Attorney Information**
   AUSA   Joshua T. Burgess                    Bar # 24001809

3. **Interpreter**

   ☒ Yes ☐ No

   If Yes, list language and/or dialect:   Spanish

4. **Location Status**

   Arrest Date: 10/21/09

   ☐ Federal Inmate

   ☐ Already in State Custody

   ☒ On Pretrial Release

   ☐ Warrant to Issue

   ☐ Warrant Issued

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  1          ☐ Petty    ☐ Misdemeanor    ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 371 (18 U.S.C. § 554 and 18 U.S.C. § 922(a)(1)(A)) | Conspiracy to Smuggle Goods from the United States | 1 |

   Date ___12-7-9___          Signature of AUSA: _____

ORIGINAL

DEC - 9 2009

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

*Criminal Case Cover Sheet*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

<table>
<tr><td colspan="2" align="center">**Related Case Information**</td></tr>
<tr><td>Superseding Indictment: ☒ Yes ☐ No</td></tr>
<tr><td>New Defendant: ☐ Yes ☒ No</td></tr>
<tr><td>Pending CR Case in NDTX: ☒ Yes ☐ No 4:09-CR-160-A</td></tr>
<tr><td>Search Warrant Case Number: _____ Rule 20 from District of: _____</td></tr>
<tr><td>Magistrate Case Number: _____</td></tr>
</table>

**1.   Defendant Information**

Juvenile:   ☐ Yes ☒ No

Sealed:   ☐ Yes ☒ No

Defendant Name
**EDUARDO FLORES (08)**

Alias Name:
Address

**2.   U.S. Attorney Information**

AUSA   Joshua T. Burgess          Bar # 24001809

**3.   Interpreter**

☐ Yes ☒ No
If Yes, list language and/or dialect: _____

**4.   Location Status**

Arrest Date: 10/21/09

☒ Federal Inmate
☐ Already in State Custody
☐ On Pretrial Release
☐ Warrant to Issue

**5.   U.S.C. Citations**

Total # of Counts as to This Defendant: 1          ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 371 (18 U.S.C. § 554 and 18 U.S.C. § 922(a)(1)(A)) | Conspiracy to Smuggle Goods from the United States | 1 |

Date   12-7-07          Signature of AUSA: _____