[NO TELEPHONE SOUNDS]

BETICO:     [U/I].

JAVIER:     OKAY… [U/I].

BETICO:     OKAY, THEY BOUGHT THE… THE… THE TWENTY (20) PILL
CONTAINERS, IT WOULD BE… EIGHT HUNDRED (800), PLUS THE SIX
(6)… THIRTEEN (13) TWO HUNDRED (200), THAT GIVES A TOTAL OF
FOURTEEN (14)… MINUS… PLUS TWO THOUSAND (2,000)… [U/I]
TO… TO MARCOS AND… AND A THOUSAND (1,000) FOR ME. [U/I]
…SIXTEEN (16) PLUS WHAT'S ON HAND IT WOULD BE… TWENTY-
NINE (29), CORRECT?

[PAUSE]

JAVIER:     [STUTTERS] NINETEEN (19) WITH WHAT'S ON HAND.

BETICO:     IT'S DONE, AND SO OF THE TWENTY (20)… THERE'S… THERE'S A
THOUSAND (1,000), CORRECT?

JAVIER:     CORRECT, THERE'S A THOUSAND (1,000) AND… AND… AND NINE (9)
FIVE HUNDRED (500) OF THE OTHER.

BETICO:     IT'S DONE, [U/I], IT'S DONE. HEY [U/I], UH… WHY DON'T… WHAT MY
BUDDY GUSTAVO HAS, IS IT CONFIRMED? [U/I] …I ALREADY
DELETED HIS NUMBER, I DON'T HAVE IT.  UM… THE THIRTY (30) PILL
CONTAINERS ARE GALILEA'S, PLUS ONE HUNDRED (100) PILLS,
CORRECT?

JAVIER:     YES, THAT'S WHAT WAS LEFT OVER AT HIS HOUSE.  DO YOU WANT
ME TO PICK IT UP?

BETICO:     YES, THOSE YES, DEFINITELY.  AND ONCE YOU HAVE IT IN YOUR
POSSESSION, CONFIRM ME THAT THEY REALLY ARE GALILEA'S.

JAVIER:     OKAY, I'LL GET THEM SO THAT… HE CAN TAKE IT OUT AND I'LL
TAKE THEM.

BETICO:     HEY, IN A BIT… IN A BIT I HAVE A CELL PHONE FOR YOU.  IF HE ASKS
FOR ME, YOU TELL HIM THAT… WE GOT CUT OFF, THAT WE DON'T
HAVE ANY.

JAVIER:     YES, I'M JUST GOING TO TELL HIM THAT YOU JUST SEND ME
MESSAGES, THAT'S IT.

BETICO:    YES, BUT IF ANYTHING WE'RE HERE TO HELP, TELL HIM.

JAVIER:    OKAY, THEN WE'RE DONE.


[END OF CALL]

| | |
|---|---|
| CASE NUMBER | M1-08-0136 |
| TARGET | (817) 819-3392 |
| SESSION NUMBER | 301 |
| DATE | FRIDAY, SEPTEMBER 18, 2009 |
| TIME | 09:13:11 CDT |
| DURATION | 00:00:38 |
| DIRECTION | INCOMING |
| IN/OUT NUMBER | 316010158066688 |
| SUBSCRIBER | UNKNOWN |
| LANGUAGE | SPANISH |
| PARTICIPANTS | JAVIER ROSALES |
| | CONFIDENTIAL SOURCE |
| MONITOR | ACORNEJO |
| TRANSCRIBER | |
| REVIEWER | |

JAVIER:     HOW ARE YOU DOING MAN?

CS:         JUST HERE MAN.

JAVIER:     NO, I WAS NOT ABLE TO CALL YOU LAST NIGHT BECAUSE MY WIFE
            WAS THERE, BUT BETICO TOLD ME YESTERDAY THAT HE WANTS
            THREE GOAT HORNS FOR EVERY RIFLE.

CS:         THAT IS WHAT HE TOLD YOU YESTERDAY.

JAVIER:     THAT IS WHAT HE TOLD ME YESTERDAY. I, MEAN, WHAT I TELL YOU
            IS THAT HE IS CHARGING THE RIFLES AT TWENTY, FIVE.

                        [END OF CALL]

| | |
|---|---|
| CASE NUMBER | M1-08-0136 |
| TARGET | (817) 819-3392 |
| SESSION NUMBER | 343 |
| DATE | MONDAY, SEPTEMBER 21, 2009 |
| TIME | 2:20 PM CDT |
| DURATION | 00:09:24 |
| DIRECTION | INCOMING |
| IN/OUT NUMBER | 316010158066688 |
| SUBSCRIBER | UNKNOWN |
| LANGUAGE | SPANISH |
| PARTICIPANTS | JAVIER |
| | UNIDENTIFIED MALE |
| MONITOR | ELMARTINEZ |
| TRANSCRIBER | VTEDSALL |
| REVIEWER | |

JAVIER:     [U/I].

UM:         I'M HERE AT THE HOUSE, MAN.  WHAT'S UP?

JAVIER:     DID THAT GUY EVER CALL YOU?

UM:         HE HASN'T CALLED.  DID HE CALL YOU?

JAVIER:     YEAH, HE CALLED ME TODAY.  FUCKER, NO HE ASKED ME IF... THAT
            HE WANTS TO KNOW IF WE CAN RETURN THE... THE... WHAT PRIMO
            [U/I] THERE AND CHANGE THEM OUT FOR SOMETHING ELSE.

UM:         WHICH ONES DOES HE HAVE?

JAVIER:     YOU REMEMBER [U/I] GALILEO'S PILLS AND... AND GRANO'S PILLS?

UM:         YEAH.

JAVIER:     IF WE COULD CHANGE THEM FOR SOMETHING ELSE OR SELL THEM.

UM:         NO, THAT'S FUCKED UP, MAN.  IT'S THAT... I MEAN... HOW'S THE SHIT
            OVER THERE?  I MEAN, WHY... WHY DOES HE WANT TO RETURN
            THAT NOW?  THEY HAVE SOME BIG ONES THERE ANYWAYS.

JAVIER:     YEAH, BUT THAT COMPADRE TOLD HIM TO... TO... HE SAID THAT WE
            DIDN'T NEED THAT RIGHT NOW. THAT WE SHOULD TRY TO BUY
            SOMETHING ELSE.  BUT I... I TOLD HIM... I TOLD HIM AGAIN THAT
            THEY CHARGE THIRTY (30) PERCENT FOR RESTOCK.

UM:         NO, WELL, FORGET IT, IF THE SIMPLE FACT IS TO... HOW CAN YOU
            SELL THEM, MAN?  I MEAN, WHO IS GOING TO... YOU KNOW WHAT
            I'M SAYING?  BECAUSE REMEMBER, THOSE BELONG TO THE
            COMPANY.  THIS... THIS GUY... BECAUSE THE GUY CALLED... WELL,
            HE DIDN'T CALL, BUT HE SENT AN EMAIL... THE GUY THAT I WAS
            GOING TO CALL TODAY, REMEMBER?  THAT'S WHAT HE TOLD ME,
            THAT THEY TAKE THEM BACK AND THEN [U/I] US.  REMEMBER IT
            WAS [U/I] FOR US TO GET THE PILLS FOR GALILEO?

JAVIER:     WELL, I MEAN, I TOLD HIM NO... THAT WE PROBABLY WEREN'T
            GOING TO BE ABLE TO GET IT.

UM:         THE GUY... NO, HE SAID THAT HE WAS GOING TO CALL HIM IN THE
            EVENING.  HE DIDN'T TELL HIM... HE HASN'T TOLD HIM ANYTHING
            FOR ANYTHING, JUST... BETTER SAID, IN THE EMAIL THAT I READ, IT
            SAID, I'LL CALL YOU IN THE EVENING... LIKE THAT, I'LL CALL YOU

THIS AFTERNOON.

JAVIER:     YEAH, LETS SEE WHAT THE FUCK IS GOING ON WITH THE GUY.

UM:         BUT OF THE... WHAT THAT GUY HAS... WELL, IT'S A BITCH, THAT
            OTHER SHIT... TO JUST NOW BARELY PUT THEM IN THIS ONE, MAN.
            YOU, MAN... I MEAN, PUT THEM IN... IN... BORKER THEM LIKE THAT
            AND SEE WHAT WE CAN DO WITH IT. BECAUSE THOSE... OF THOSE...
            THERE WERE A SHIT LOAD OF PEOPLE THAT WANTED THEM. THOSE
            LOADERS. BECAUSE REMEMBER WHEN WE WERE LOOKING FOR
            THEM, THEY WERE REALLY EXPENSIVE, YOU KNOW? BUT WHO
            KNOWS, SO... TO TRY TO SELL THEM.

JAVIER:     I MEAN... WELL, WE JUST TELL THEM HEY, WE'RE GOING TO TRY TO
            SELL THEM, BUT WE DON'T KNOW HOW MUCH WE'LL GET FOR
            THEM.

UM:         WELL YEAH, AND THIS GUY WANTS YOU TO GIVE HIM MORE THAN
            ONE USUALLY PAYS. I MEAN, HE WANTS TO RAISE THE THINGS.

JAVIER:     NO, NO, BUT OF THAT WORK... I... I'LL GO TAKE CARE OF IT. I'LL
            TAKE CARE OF IT. I'LL SAY, YOU KNOW WHAT, COUSIN, THIS SHIT
            WON'T WORK LIKE THIS BECAUSE... LOOK... WHAT'S MORE, I TELL
            YOU... LETS SEE WHAT THE FUCK WE CAN DO... SEE IF WE CAN GET
            SOME SMALL ONES AND WE'LL GIVE HIM ONE AND TELL HIM, YOU
            KNOW WHAT, KEEP WORKING SO WE CAN RECUPERATE... IT
            DOESN'T MAKE ANY SENSE FOR US TO KEEP THOSE BIG ONES, MAN.
            I KNOW THAT IN TIME SOMEONE WILL TURN UP THAT WANTS TO
            BUY THEM.

UM:         WELL, YEAH. NO, YEAH, WELL, THAT'S WHAT I'M TELLING YOU,
            MAN, THAT REGARDLESS... THINGS ARE GOING TO RETURN TO
            NORMAL, MAN, WE HAVE TO WAIT UNTIL THEY SELL. I MEAN,
            WE'RE NOT GOING TO BE ABLE TO SELL ANYTHING QUICK, NOT ONE
            THING OR THE OTHER. NOT THE PILLS OR THE [U/I] OR ANYTHING.

JAVIER:     THAT'S TRUE. ANYWAYS... WE'LL SEE WHAT... HERE IN A LITTLE
            BIT... HE SAID HE WOULD CALL ME LATER BECAUSE IT WAS
            CUTTING OUT REALLY BAD SO I'LL SEE IF HE CALLS ME LATER.

UM:         WELL, JUST TELL HIM THAT WE WILL TRY. AND IF HE CALLS ME,
            I'LL TELL HIM WE'RE GOING TO TRY AND EVERYTHING, YOU KNOW,
            SEE WHAT HAPPENS. AH... BUT... FUCK, IT'S THAT IT'S ALSO [U/I]... I
            MEAN, FROM WHAT I UNDERSTAND, MAN, GALILEO HASN'T LEFT
            YET EITHER. BECAUSE WHEN GALILEO CALLED ME, HE TOLD ME

THAT HE HAD SEEN... BECAUSE GALILEO LEFT WHEN... WITH THE... WITH THE HORN, THE LITTLE ONE... AND HE TOLD ME THAT HE HADN'T SEEN THE OTHER ONE.  THE LITTLE HORN.

JAVIER:     WELL, HE ASKED ME AND I TOLD ME... AND WE SENT [U/I] OVER THERE AND HE SAID THAT IT WAS EXACTLY LIKE THAT ONE.

UM:     WELL, WHEN I ASKED HIM HE TOLD ME, NO, I HAVEN'T SEEN IT. THAT'S WHAT HE TOLD ME.  BECAUSE I ASKED HIM, YOU KNOW WHICH ONE JAVIER IS TALKING ABOUT, RIGHT, THERE'S PEOPLE KNOW HIM... HE SAID, I HAVEN'T SEEN THAT ONE. HE SAID, I JUST WANT ONES FROM LIKE BEFORE.

JAVIER:     AND WHICH ONES WERE THE ONES THEY SENT YOU BEFORE?

UM:     AH... [STUTTERS] INSTEAD OF A BAR, IT'S TWO (2) BARS AND YOU LOAD THEM FROM THE BOTTOM INSTEAD OF THE SIDE, UNDERSTAND?

JAVIER:     YEAH, I KNOW WHICH ONES.  WELL, [U/I] THAT SHIT IS NO PROBLEM. THAT'S NO PROBLEM WITH THOSE.

UM:     WELL, YEAH, THAT'S WHAT I THOUGHT.  BUT THE PROBLEM IS... THE WAY THINGS ARE GETTING NOW, MAN, I MEAN, IF YOU GET THEM SOMETHING ELSE... AND THEN THEY'RE GOING TO WANT TO RETURN IT.

JAVIER:     WELL, [U/I] TELL THEM, YOU KNOW WHAT... LOOK, THINGS... THAT THIS SHIT... WE CAN'T BE PLAYING AROUND AS IF THEY WERE SOME FUCKING SHOES.

UM:     THAT'S THE PROBLEM, MAN, I MEAN, I DON'T... I DON'T UNDERSTAND HOW... I MEAN, WHAT'S... I MEAN, IF THEY'RE GIVING HIM... THAT THE GUY IS GETTING WITH HIM... OVER HERE, REALLY DEMANDING, THE COMPADRE... OR WHAT THE DEAL IS, YOU KNOW? I MEAN, WHAT IS GOING ON OVER THERE?  BECAUSE THE OTHER ONES... THESE... THE... WHAT ARE THEY CALLED, THE AH... THE LOADERS... WELL, THEY AH... THE ONES I ORDERED WHERE THREE-HUNDRED (300) PESOS MORE THAN THERE WAS... HAD BEEN.  AND IF I ORDER THE OTHER ONES, THEY'RE GOING TO BE ANOTHER THREE-HUNDRED (300) DOLLARS ON TOP OF THAT, YOU KNOW?  AND IF I [U/I] THE ONES THAT THEY ORDERED AT THE BEGINNING, THEY'RE GOING TO TAKE A MONTH TO ARRIVE.

JAVIER:     YOU HAVEN'T ORDERED ANYTHING YET FOR THE HAND?

UM:        FOR WHICH?

JAVIER:     FOR THE HAND, DID YOU ORDER THAT ONE YET?

UM:        YEAH, THE HAND ARRIVES TOMORROW, I THINK. BUT I'M TALKING ABOUT THESE ONES BECAUSE THE ONES I ORDERED FOR THE HORSE, WERE THREE-HUNDRED (300) MORE THAN OF THE ONES THAT WE HAD AGREED ON, YOU KNOW? SO THEN, WHAT I THOUGHT WAS... I THOUGHT ABOUT ORDERING THE OTHER ONES THAT HE HAD ORDERED FROM ME IN THE BEGINNING... BUT THOSE ARE GOING TO TAKE A MONTH TO ARRIVE.

JAVIER:     BUT YOU DIDN'T TELL HIM THAT?

UM:        YEAH, I HAD ALREADY TOLD HIM AND I ALSO TOLD HIM THAT IT WAS GOING TO BE SHORT MONEY AND EVERYTHING AND HE TOLD ME THAT IT WASN'T A PROBLEM, TO ORDER THE ONES FOR THE HORSE. BUT THERE AREN'T ANYMORE FOR THE HORSE EITHER. SO THEN, THE OTHER ONES... WELL, THEY'RE THE SAME BECAUSE THEY'RE THE ITALIAN ONES BUT THEY TAKE A MONTH TO GET HERE. EITHER ONE OF THE TWO (2) ARE GOING TO TAKE A WHILE TO GET HERE. SO WE GET THE ITALIAN ONES SO WE DON'T... DON'T... I MEAN, YOU SPEND THE SAME AMOUNT OF MONEY.

JAVIER:     OKAY, BUT YOU TOLD HIM THAT THOSE WERE MORE EXPENSIVE, THE... THE HORSE ONES, RIGHT?

UM:        YES, THE HORSE ONES ARE THREE-HUNDRED (300) DOLLARS MORE.

JAVIER:     OKAY, SO THEN, WE JUST ORDER THE ONES THAT ARE A HUNDRED (100) AND... OH, BUT YOU WERE ABLE TO COMPLETE THE TWO-HUNDRED (200)?

UM:        WHAT DO YOU MEAN? NO, NO, I ONLY ORDERED A HUNDRED (100). I STILL HAVE TO ORDER ANOTHER HUNDRED (100). BUT THOSE... I WAS GOING TO ORDER THEM FROM THE... BECAUSE THEY'RE GOING TO TAKE JUST AS LONG ANYWAYS. SO THEN, I FIGURED I WOULD ORDER THE ITALIAN ONES. BECAUSE REGARDLESS, THEY'RE BOTH GOING TO TAKE MONTH.

JAVIER:     YEAH, JUST SO WE CAN TELL HIM, YOU KNOW WHAT, THERE WAS ONLY A HUNDRED (100). THERE WAS ONLY A HUNDRED (100) AND A HUNDRED (100).

UM:        YEAH, WELL, IT'S THAT WE OURSELVES WERE GOING TO ORDER THE

|            | OTHER ONES, I MEAN, I JUST... SO THAT IT WOULD COME OUT TO ANYMORE.  BECAUSE IT WAS GOING TO BE ANOTHER SIX-HUNDRED (600) MORE, YOU KNOW? |
|------------|---|
| JAVIER:    | YEAH, THAT'S FINE.  NO, NO, THAT'S FINE.  THAT'S FINE LIKE THAT. |
| UM:        | OH, MAN, I JUST REMEMBERED... I DIDN'T TELL THIS GUY... REMEMBER THE SIX-HUNDRED (600) THAT I LOANED HIM?  HAS HE SAID ANYTHING TO YOU? |
| JAVIER:    | NO, HE HASN'T SAID ANYTHING AND THE GUY STILL OWES ME SIX-HUNDRED (600) TOO. |
| UM:        | SHIT, MAN.  YEAH, AND I FORGOT BUT THE LAST TIME I GOT THE AH... REMEMBER... THAT MONEY... AND THEN I THOUGHT, WELL, NO IT DOESN'T MATTER, IT'S SOME MONEY FOR... FOR A AH... FOR A STICK OR SOMETHING... I THOUGHT NO, WELL, I'LL... I'LL JUST PAY IT... PUT IT ON THE CARD.  AND IT SHOWED UP LAST TIME AND I DIDN'T REMEMBER, YOU KNOW, FOR WHAT... AND THEN I REMEMBERED AND I THOUGHT, NO, WELL, JAVIER HASN'T SAID ANYTHING. |
| JAVIER:    | YEAH, HE OWES ME SIX-HUNDRED (600) TOO.  FOR AH... ONE DAY HE CALLED ME AND SENT IT TO HIM. |
| UM:        | YEAH.  NO, WELL, WE'LL SEE WHAT HAPPENS, MAN.  WELL... I',M GOING TO ORDER THAT SO I DON'T HAVE TO ASK FOR ANY MORE BECAUSE WE'RE GOING TO KEEP... THEY'RE GOING TO BE RAISING IT AND I DON'T WANT HIM TO THINK THAT WE RAISED IT ON HIM, YOU KNOW?  SO I'M GOING TO ORDER THESE.  IT'S GOING TO BE A MONTH ANYWAYS.  YOU KNOW, BUT... FOR THE OTHER, THEY'RE GOING TO HAVE TO WAIT TO SEE WHAT HAPPENS. |
| JAVIER:    | ALRIGHT THEN.  I'M GOING TO TRY THE GUY AGAIN ANYWAYS. |
| UM:        | ALRIGHT, WELL, SEE IF HE CALLS YOU AND LIKE I SAID... WELL, TELL HIM TO.. SEE IF HE CAN DO IT LIKE THAT AND SELL IT. |
| JAVIER:    | ALRIGHT, THEN, TALK TO YOU LATER. |

[END OF CALL]

| | |
|---|---|
| CASE NUMBER | M1-08-0136 |
| TARGET | (817) 819-3392 |
| SESSION NUMBER | 354 |
| DATE | MONDAY, SEPTEMBER 21, 2009 |
| TIME | 15:37:19 CDT |
| DURATION | 00:02:30 |
| DIRECTION | OUTGOING |
| IN/OUT NUMBER | 143*790*25 |
| SUBSCRIBER | UNKNOWN |
| LANGUAGE | SPANISH |
| PARTICIPANTS | JAVIER ROSALES |
| | CS |
| MONITOR | ACORNEJO |
| TRANSCRIBER | DUBELZA BUITRON |
| REVIEWER | |

CS:                  WHAT'S GOING ON, MAN?

JAVIER:              DID YOU CALL ME RIGHT NOW, MAN?

CS:                  OH, YES, BECAUSE I WAS TALKING TO DANIEL. AND DANIEL
                     SAYS THAT THE FRIEND MIGHT THINK THAT LIKE UH, THEY
                     DROPPED BY WITH THAT GUY THERE. AND THAT MAYBE THE
                     FRIEND MIGHT THINK THAT, THAT SHIT WAS LEFT THERE BY
                     THE UH, THE UH, POLICE TO FOLLOW THEM, TO SEE WHERE
                     THEY WOULD GO.

                                    [PAUSE]

JAVIER:              [U/I]. YEAH. THEY DON'T KNOW ABOUT THAT, THAT [U/I], BUT
                     UH, [STATIC] [U/I] THAT GUY HAD SAID THAT THEY HADN'T
                     FOUND THEM.

CS:                  YEAH, MAN, THAT'S WHAT HE TOLD YOU. BUT UH, HOW
                     DANIEL SAYS, THAT IT'S ROUGH TO, BUT ANYWAY, WE DON'T
                     KNOW WHERE HE LIVES, BUT IT'S ROUGH FOR JAVIER TO GO
                     FOR IT.

JAVIER:              WELL, NO. FOR ME, IT'S JUST THAT WE GET THEM OUT OF
                     THERE. IT'S BETTER THAT WE SELL THEM, MAN. SO THAT WE
                     SELL THEM AROUND THERE. I THINK THAT, IT WILL COME
                     OUT BETTER, YOU KNOW WHAT...[STUTTERS] WE GET RID OF
                     THIS SHIT AND IT WILL BE BETTER IF WE GET RID OF THEM
                     HERE.

CS:                  WELL, YES, BUT UH, LIKE DANIEL SAYS, [STUTTERS] WELL
                     JUST LIKE DANIEL SAYS AND JUST LIKE YOU SAY THAT HE
                     GETS THEM OUT OF THERE. THAT, WHAT'S IT CALLED? THAT
                     GUSTAVO TAKE THEM OUT OF THERE. BUT UH, THE PROBLEM
                     IS THAT WELL NO, MAN JUST THAT RIGHT AWAY, WHEN I
                     TOLD DANIEL [STUTTERS] [U/I] AND HE SAID THAT, 'LISTEN. I
                     HOPE THAT HE WONT THINK THAT, THAT BECAUSE SHIT
                     HAPPENED AND THEY ARE GOING TO FOLLOW THEM TO SEE
                     IF...THOSE SHITS.'

JAVIER:              WELL, HEY, WELL, WELL [STUTTERS] WELL LIKE BETO SAYS,
                     WE [STUTTERS] CAN'T TRUST IN ANYTHING. AND, AND IT'S
                     BETTER IF A PERSON FURTHER AHEAD THINKS THAT AND IT'S
                     BETTER IF WE GET THEM OUT AND SHIT.

CS:                  WELL, ANYWAY, I TOLD DANIEL TO GO IN AND SEE WHAT IS

NEEDED SO THAT WE ARE ABLE TO SELL THEM. SO THAT WE WILL BE ABLE TO SELL THEM IN THE UH, IN THE INTERNET. I TOLD HIM, GO IN AND SEE WHAT WE NEED SO THAT WE CAN SELL THEM, BECAUSE I DON'T THINK THAT WE NEED A LICENSE, BECAUSE THERE'S NO ISSUE WITH THAT. AND HE TOLD ME THAT HE WOULD CALL ME LATER. JUST THAT WHAT I WAS TELLING YOU THAT'S THE ONLY THING THAT HE TOLD ME, THAT'S ROUGH BECAUSE [U/I]...YES, WELL LIKE, REMEMBER WHAT YOU TOLD ME TOO THE OTHER DAY THAT I HAD SAID THAT, 'JAVIER HAD TOLD ME THAT HOPEFULLY THAT THEY AREN'T WATCHING THIS GUY.'

[END OF CALL]

| | |
|---|---|
| CASE NUMBER | M1-08-0136 |
| TARGET | (817) 819-3392 |
| SESSION NUMBER | 373 |
| DATE | TUESDAY, SEPTEMBER 22, 2009 |
| TIME | 12:36:31 CDT |
| DURATION | 00:05:34 |
| DIRECTION | OUTGOING |
| IN/OUT NUMBER | 143*790*25 |
| SUBSCRIBER | UNKNOWN |
| LANGUAGE | SPANISH |
| PARTICIPANTS | JAVIER GARCIA |
| | CONFIDENTIAL SOURCE |
| MONITOR | ELMARTINEZ |
| TRANSCRIBER | ELSA CARREON |
| REVIEWER | |

CS:         WHAT HAPPENED DUDE?

JAVIER:     NOTHING, NOTHING, HOW ARE WE DOING?

CS:         THAT ONE IS DONE. WE ARE JUST WAITING FOR THOSE, FOR THE
            PILL CARRIERS.

JAVIER:     ALL RIGHT, UH... HOW MUCH WAS IT THEN?

CS:         IT WAS TWENTY, EIGHT PLUS, ALMOST TWENTY, NINE.

JAVIER:     FUCK IT, TELL THEM... I AM GOING TO TELL THEM THAT THIRTY.

CS:         YES, BUT, ANYWAY, LET THAT ALONE, I MEAN, ANYWAY, IT WILL
            NOT BE COMPLETE BECAUSE I AM GOING TO ORDER THOSE, MAN.
            BUT JUST BE SURE THAT YOU GIVE ME THE MONEY BACK BECAUSE
            THERE IS GOING TO BE THREE HUNDRED PESOS MISSING, WELL TWO
            HUNDRED WITH THE ONE HUNDRED THAT WERE LEFT OVER FOR
            THE OTHER PILL CARRIERS. WE ALREADY FOUND THEM AND WE
            ARE GOING TO DO THAT RIGHT NOW, BUT I HAVE TO BE SURE THAT
            THE GUY IS GOING TO GIVE ME THE MONEY, MAN.

JAVIER:     I HAVE THE MONEY.

CS:         YOU HAVE MONEY? OKAY, I AM GOING TO DO THAT RIGHT NOW.
            RIGHT NOW BEFORE UH... RIGHT NOW WE ARE ON OUR WAY... I AM
            JUST GOING TO GO LEAVE THE TRUCK TO A SHOP, AND WE ARE
            GOING TO GO LEAVE THAT THERE, IN THE BANK FOR THE PILL
            CARRIERS, DO YOU KNOW WHAT I MEAN?  SO THAT... LIKE I SAID,
            THERE IS ONLY GOING TO BE TWO HUNDRED PESOS MISSING.

JAVIER:     OKAY, NO, I THINK I WILL SEE YOU IN THE AFTERNOON, AND I WILL
            GIVE THEM TO YOU.

CS:         FINE, ANYWAY, ONLY... LISTEN, I COULDN'T REMEMBER, THE OTHER
            ONE... THAT HAND ONE, DID IT ALSO HAVE AN EAGLE ON THE
            HANDLE?

JAVIER:     I DON'T REMEMBER, BUT... BUT... THE TRUTH IS, I DON'T REMEMBER.

CS:         BECAUSE THAT ONE HAS AN EAGLE ON THE HANDLE. THAT TIME, I
            REMEMBER, THE HANDLES OF THOSE ONES WERE SMOOTH. THEY
            WERE WHITE, BUT THEY WERE SMOOTH AND THIS ONE HAS AN
            EAGLE IN THE MIDDLE. I MEAN, THEY ARE BEAUTIFUL WITHE BUT IT
            HAS AN EAGLE IN THE MIDDLE MADE OF METAL.

JAVIER:    NO, I THINK THAT OTHER ONE DID NOT HAVE, BUT DOES IT HAVE IT ON TOP OF THE BARREL?

CS:    IT IS THE SAME IN EVERY WAY, ONLY THAT WHAT LOOKS MORE BEAUTIFUL IS THAT, THAT IT HAS THE... JUST IMAGINE LIKE IT HAS TWO COINS THERE, WHICH ARE EAGLES. IT HAS THE EAGLE FROM MEXICO ON THE SIDES.

JAVIER:    ALL RIGHT, THEN THIS ONE IS BAD ASS.

CS:    IT LOOKS BAD ASS. I AM TELL YOU, SAW IT, I SAW. I AM SAYING, I SAW IT LOOKS THE SAME IN EVERY WAY. I DON'T THINK THAT IT HAS MORE DRAWINGS OR ANYTHING BUT THE ONLY THING THAT I REMEMBER I SAW DIFFERENT, WAS THAT THIS ONE HAS THE EAGLE BECAUSE I REMEMBER THOSE HAD THE SMOOTH HANDLES, AND THIS ONE HAS AN EAGLE.

JAVIER:    ALL RIGHT, NOT IT'S FINE, ANYWAY, DON'T WORRY ABOUT THE MONEY, I HAVE HERE.

CS:    FINE, ANYWAY, I WILL CALL YOU LATER, MAN. ONLY THAT... OH, I KNOW WHY I HAD CALLED YOU. THAT IF YOU HAD IN THE NOTEBOOK HOW MUCH HAD THE PILL CARRIERS COSTED THAT THEY WANT FOR US TO GET RID OF. BECAUSE DANIEL SAID THEY CAN BE SOLD AT THE... HOW IS IT CALLED? THERE... AT THE, NOT AT GRAND [U/I] NOT, AT THE OTHER ONE. HE SAID THEY CAN BE SOLD BUT YOU NEED TO TAKE A PICTURE, I MEAN, TO SHOW IT. TO TAKE A PICTURE TO PUT IT ON THIS ONE BUT WE ALSO HAVE TO... HE SAID THAT WE HAVE TO SEE HOW MUCH THEY COSTED.

JAVIER:    LOOK... THOSE, I THINK WE CHARGE ONE HUNDRED FOR EACH ONE.

CS:    FINE. SO THEN, WE HAVE TO... TO BE ABLE TO...  SEE IF WE CAN GET THEM TO TAKE A PICTURE TO SEE IF WE CAN PUT SOME ONE HUNDRED AND TWENTY FIVE TO GET SOMETHING OUT OF THEM.

JAVIER:    THAT WOULD BE THE ONLY WAY. IF THEY ARE NOT SOLD, WE WOULD TELL HIM, "DUDE, THEY CAN'T BE SOLD"AND THOSE THINGS CAN NOT BE EXCHANGED.

CS:    WELL, YES. LIKE I TELL YOU, NOTHING WOULD BE LOST, ANYWAY, IT APPEARS THEY DON'T CHARGE ANYTHING. IT IS JUST A MATTER OF TAKING A PICTURE TO IT, AND IF YOU WANT TO, JUST GET ONE, TO TAKE IT A PICTURE AND THEN WE PUT IT THERE TO SEE WHAT COMES OUT.

JAVIER:    ALL RIGHT, THEN. ALL RIGHT THEN, ANYWAY, I WILL CALL THAT DUDE SO HE CAN GIVE THEM TO ME.

CS:    FINE, BUT LIKE YOU SAID, FOR HIM TO GIVE THEM TO YOU OR... FUCK OR TELL HIM "YOU KNOW WHAT? TAKE ONE OUT AND BRING IT TO ME." I SAY HE SHOULD NOT GET IN OVER THERE, BUT ANYWAY, YOU SEE HOW THEY SAID THEY HAD NOT GIVING HIM A PROBLEM, AND THEY HAVE NOT MADE A PROBLEM ANYWHERE OVER HERE.

JAVIER:    NO, NO, FOR HIM TO BRING THEM TO US, SO WE DON'T HAVE TO DEAL WITH THINGS, FOR HIM TO BRING THEM TO US.

CS:    FINE, WELL, ANYWAY, IF [U/I] IN THE AFTERNOON. LIKE I TELL YOU, THAT IS WHAT DANIEL TOLD ME. HE SAID "IT IS JUST A MATTER OF TAKING A PICTURE OF IT TO PUT IT THERE AT THE AMERICA..."AND THEN SEE WHAT COMES OUT.

JAVIER:    ALL RIGHT THEN. I WILL CALL YOU IN THE MORNING ANYWAY.

CS:    ALL RIGHT [U/I].

[END OF CALL]

CASE NUMBER                 M1-08-0136

TARGET                     (817) 819-3392

SESSION NUMBER             392

DATE                       WEDNESDAY, SEPTEMBER 23, 2009

TIME                       19:11:15 CDT

DURATION                   00:01:02

DIRECTION                  OUTGOING

IN/OUT NUMBER              62*339307*3

SUBSCRIBER                 UNAVAILABLE

LANGUAGE                   SPANISH

PARTICIPANTS               JAVIER ROSALES

                           ALBERTO PULIDO LICEA, A.K.A.
                           BETICO

MONITOR                    GLORIA MARTINEZ

TRANSCRIBER                ELIAS J. CABAN

REVIEWER

[NO TELEPHONE SOUNDS]

JAVIER:       WHAT ARE YOU DOING?

[PAUSE]

BETICO:       GOOD AFTERNOON, [U/I].

JAVIER:       HOW ARE WE, BOSS?

BETICO:       GOOD, GOOD, THANK GOD. HEY, I WAS GOING TO ASK YOU A
              QUESTION, UM... THE HAND THAT WAS GOING TO ARRIVE TO YOU
              TODAY, DID IT ARRIVE?

JAVIER:       IT'S DONE, IT'S DONE, MAN. [U/I] ...ONE HUNDRED (100) OF THE PILL
              CONTAINERS OF THE HORSE.

BETICO:       OKAY, HOW MUCH IS IT, TWO HUNDRED (200)?

JAVIER:       NO, ONLY ONE HUNDRED (100) ARRIVED BECAUSE THEY DIDN'T
              HAVE THE OTHER KIND, THEY WERE GOING TO ORDER THEM.

[PAUSE]

BETICO:       IT'S DONE.  IT'S DONE.

JAVIER:       YES, WELL IT'S... [STUTTERS] READY... IT ARRIVED YESTERDAY.

BETICO:       OKAY, WELL THE TWENTY (20) AS WELL, RIGHT?


[END OF CALL]

| | |
|---|---|
| CASE NUMBER | M1-08-0136 |
| TARGET | (817) 819-3392 |
| SESSION NUMBER | 398 |
| DATE | WEDNESDAY, SEPTEMBER 23, 2009 |
| TIME | 19:47:06 CDT |
| DURATION | 00:01:13 |
| DIRECTION | OUTGOING |
| IN/OUT NUMBER | 143*792*4722 |
| SUBSCRIBER | UNKNOWN |
| LANGUAGE | SPANISH |
| PARTICIPANTS | JAVIER ROSALES |
| | UNKNOWN, MALE |
| MONITOR | G MARTINEZ |
| TRANSCRIBER | E MARTINEZ |
| REVIEWER | |

UM:    HEY, COUSIN HOW ARE YOU DOING?

JAVIER:    GOOD, GOOD COUSIN. HOW ARE YOU?

UM:    GOOD, GOOD COUSIN LOOK, I HAVEN'T CALLED COUSIN BECAUSE I AM FAR AWAY. I AM ALL THE WAY OVER HERE IN LOS ANGELOS COUSIN. THE DAY... THE DAY YOU CALLED ME COUSIN THAT VERY DAY I WAS BARELY ARRIVING. ONCE MORE, I FUCKING HADN'T ARRIVED I WAS ON THE FUCKING ROAD ON MY WAY, COUSIN.

JAVIER:    OKAY NO SO THEN BECAUSE COUSIN BETO CALLED THAT HE HAD SOME THINGS AND HAD MORE TRASH THERE SO THEN WHEN YOU GET BACK CALL ME.

UM:    THAT IS GOOD, COUSIN. THAT IS GOOD I'LL CALL YOU THE ONLY BAD THING IS I DON'T KNOW WHEN I AM GOING BACK COUSIN, BUT WHEN I GET BACK I'LL GIVE YOU A CALL.

JAVIER:    ALRIGHT, THEN THANKS COUSIN AND WE'LL BE THERE.

UM:    [U/I]... COUSIN I AM GLAD THAT YOU ARE WELL I'LL CALL THE COMPA BETO BECAUSE THIS NUMBER I DON'T THINK HE'S GOT EITHER. I'LL GIVE HIM A CALL TODAY WHEN I GET A CHANCE I'LL GIVE HIM A CALL. TAKE CARE COUSIN.

JAVIER:    ALRIGHT, THEN COUSIN TAKE CARE.

[END OF CALL]

CASE NUMBER                     M1-08-0136

TARGET                              (817) 819-3392

SESSION NUMBER            490

DATE                              TUESDAY, SEPTEMBER 29, 2009

TIME                              11:24:13 CDT

DURATION                    00:05:01

DIRECTION                  INCOMING

IN/OUT NUMBER             316010158066688

SUBSCRIBER               UNKNOWN

LANGUAGE                 SPANISH

PARTICIPANTS             JAVIER ROSALES

                                      CS

MONITOR                    DUBELZA BUITRON

TRANSCRIBER              DUBELZA BUITRON

REVIEWER

CS:              WHAT'S GOING ON, MAN?

JAVIER:          NO, I'M TELLING YOU THE UH, UH, THE REASON THAT THIS
                 FRIEND IS THAT HE'S A LITTLE BIT DESPERATE LIKE THAT UH,
                 TRYING TO GET THE MONEY, WELL, NOT TRYING TO GET THE
                 MONEY, BUT HAVING IT READY, IT'S JUST THAT THEY GOT
                 ONE [1] OF THE FRIENDS.

CS:              WHAT DO YOU MEAN THEY GO ONE [1] OF THE FRIENDS
                 ALREADY?

JAVIER:          YES, ONE [1] OF THEM THAT UH, WOULD PUT IN THE MONEY.

CS:              HOLY SHIT. HERE OR THERE?

JAVIER:          OVER THERE.

CS:              IN MEXICO?

JAVIER:          YES, OVER THERE, OVER THERE IS WHERE THEY CAUGHT HIM.

CS:              ALRIGHT. WELL UH, ALSO RIGHT NOW, I FORGOT TO TELL
                 YOU, THAT ONE [1] OF THE GUYS THAT UH, TOLD US...A GUY
                 THAT I RAN INTO THERE [STATIC] THAT GOT OUT OF JAIL,
                 WELL, THIS FRIEND OF MINE. THAT, THAT TOLD ME THAT HE
                 WANTED TO, IF I WANTED TO WORK WITH HIM [U/I]. AND I
                 TOLD HIM THAT I HAD SOME, SOME IRON THERE. AND HE
                 ASKED ME IF I WANTED TO DO SOMETHING WITH THEM. AND I
                 TOLD HIM, WELL I DON'T KNOW. I TOLD HIM, WELL, I TOLD
                 HIM IF HE WOULD SELL THEM. AND, HE TOLD ME IF I WANTED
                 TO THAT HE WOULD GIVE ME SOME WORK AND I TOLD HIM,
                 'NO. WELL, LET ME ASK, BECAUSE THEY AREN'T MINE,' I TOLD
                 HIM. LET ME ASK WHAT I CAN DO WITH THEM BEFORE I DO
                 SOMETHING LIKE THAT.

JAVIER:          HOW SO UH, THAT YOU WANTED TO WORK WITH HIM BUT TO
                 UH, FOR WHAT?

CS:              THE DUDE ASKED ME IF I WAS WORKING. WELL, LIKE, WITH,
                 WITH WHITE STUFF, SO THEN, I TOLD HIM THAT NO, BUT THEN
                 I TOLD HIM THAT I HAD SOME IRON THERE. AND THAT WE
                 WERE DOING STUFF WITH IRON THERE. AND HE TOLD ME
                 THAT, I ASKED HIM IF HE WANTED THEM. AND HE, I, HE TOLD
                 ME HOW MUCH DID I WANT FOR THEM. AND I TOLD HIM THAT
                 I WANTED SIXTEEN [16] FOR EACH ONE [1]. AND HE ASKED IF I

WANTED WORK FOR THEM, WELL, LIKE THE WHITE STUFF.

JAVIER:    ALRIGHT, IT'S CAUSE, TELL HIM THAT MAYBE WE CAN ARRANGE OURSELVES, MAN AND WE'LL ARRANGE OURSELVES WITH [U/I].

CS:    WELL, I DON'T KNOW THAT'S WHY I'M TELLING YOU, BUT I SAID, THAT I WAS GOING TO TALK TO THOSE GUYS FIRST [1ST] TO SEE WHAT THE DEAL IS, SO THEN, WE'LL SEE WHAT HAPPENS. WELL, I DON'T KNOW [STUTTERS] WELL, LIKE, DO YOU UNDERSTAND? I DON'T KNOW HOW MUCH, I DON'T, I NEED TO MAKE TOTALS TO SEE HOW MUCH WE CAN GET OUT.

JAVIER:    BUT UH, IS THE WORK GOOD?

CS:    YES. YES. IT'S GOOD. IT'S GOOD.

JAVIER:    OKAY. LOOK. [STUTTERS] DO YOU KNOW THIS GUY THAT'S NAMED UH, JUAN OR SOMETHING LIKE THAT CHAVARIA?

CS:    WELL, JUAN, UH, I KNOW A GUY THAT'S NAMED, JUAN THAT THEY CALL HIM EL CABEZON.

JAVIER:    DO YOU KNOW IF HE'S LAST NAME IS CHAVARIA?

CS:    NO. I'VE ALWAYS KNOWN HIM AS JUAN, MAN. THE GUY, HE'S ALREADY A LITTLE OLD, RIGHT? AND HE FIXES HOUSES?

JAVIER:    OH, NO. NO. I THINK THAT THIS ONE [1] IS YOUNGER.

CS:    OH, NO THIS GUY IS JUAN AND HE FIXES HOUSES. WELL, HE FIXES...WELL YES, HE FIXES HOUSE FROM THE INSIDE AND SHIT. HE DOES THE SAME SHIT AS JUAN, THE UH, THIS JUAN THAT WE KNOW. BUT YEAH, HE FIXES HOUSE, BUT YEAH, HE'S ALREADY OLDER AND LIKE I'M TELLING YOU HE ALREADY IN HIS FORTIES [40'S]. NO. MORE.

JAVIER:    BUT LIKE, HE DOES GET THAT SHIT FOR THAT.

CS:    WELL, HE WAS TELLING ME. HE MADE A PASS. DO YOU UNDERSTAND? AT FIRST [1ST], HE TOLD ME IF I WANTED TO WORK WITH HIM, BUT I TOLD HIM THAT RIGHT NOW, NO. [U/I]. SO THEN, I TOLD HIM [STUTTERS] HE ASKED ME IF WE WERE GETTING SOME AND I TOLD HIM WELL, YEAH, WE ARE

GETTING SOME, A FEW TOYS, I TOLD HIM, FOR SOME FRIENDS. AND THAT'S WHEN HE TOLD ME, SO I THREW HIM A PASS. AND THEN, HE ASKED ME WHAT I WAS GOING TO DO. AND I TOLD HIM, 'NO, IT'S CAUSE WE HAVE SOME THAT THEY MADE FOR US. AND WE WANT TO GET RID OF THEM.' WHEN I TOLD HIM THAT, HE TOLD ME IF I GOT SOME WORK. THE WORK COMES OUT CHEAPER FOR HIM. DO YOU UNDERSTAND?

JAVIER:    BUT HOW MUCH WOULD HE GIVE YOU [U/I] HE DIDN'T TELL YOU?

CS:    NO. NO. HE DIDN'T TELL ME, BECAUSE I DIDN'T WANT TO TELL HIM THAT YES, I WOULD GET WORK, BECAUSE I TOLD HIM, 'NO, LET ME ASK, BECAUSE ALL OF THIS STUFF ISN'T ALL MINE. I NEED TO FIND OUT TO SEE WHAT.' BUT THE OTHER GUY THAT YOU ARE TALKING ABOUT, DOES HE ALSO WORK OR WHAT.

JAVIER:    YES, THAT TOO. IT'S BECAUSE [STUTTERS] A FRIEND FROM MONTERREY TOLD ME ABOUT IT THAT'S FRIENDS WITH HIM.

CS:    THAT'S WHY I'M TELLING YOU, BUT, BUT WOULD HE MAKE THEM, WELL LIKE, WOULD HE ALSO BUY THEM FROM YOU OR HE'LL EXCHANGE THEM FOR WORK OR WHAT?

JAVIER:    NO. [U/I] A TALK ABOUT THAT FRIEND THAT, THAT HE'S FROM JUAREZ JUST THAT IT CAME UP DURING OUR CONVERSATION.

CS:    ALRIGHT. OH, I THOUGH THAT, THAT YOU WERE SAYING THAT HE WOULD DO SOMETHING WITH THE TOYS. WELL, LIKE, LIKE HE'D MAKE CONTRACTS OR SOMETHING.

JAVIER:    NO. NO. JUST THAT, I DON'T KNOW WHY THAT CONVERSATION CAME UP THAT [U/I] WAS ALSO DOING THAT KIND OF WORK.

CS:    WHICH KIND? THAT ONE [1]?

[CALL DISCONNECTED]

[END OF CALL]

| | |
|---|---|
| CASE NUMBER | M1-08-0136 |
| TARGET | (817) 819-3392 |
| SESSION NUMBER | 491 |
| DATE | TUESDAY, SEPTEMBER 29, 2009 |
| TIME | 11:29:18 CDT |
| DURATION | 00:03:54 |
| DIRECTION | INCOMING |
| IN/OUT NUMBER | 316010158066688 |
| SUBSCRIBER | UNKNOWN |
| LANGUAGE | SPANISH |
| PARTICIPANTS | JAVIER ROSALES |
| | FNU LNU CS |
| MONITOR | DBUITRON |
| TRANSCRIBER | EDDIE GARRIDO |
| REVIEWER | |

JAVIER:    OF THE WHITE PAINT. DO YOU UNDERSTAND?

CS:    OH, YES. THE... I... YES. I THOUGHT OF THE TOYS. YES BECAUSE... THAT'S WITH THIS GUY ALSO DOES. DO YOU UNDERSTAND ME? [U/I] BUT I THINK THE... DO YOU UNDERSTAND ME? LIKE THE... THE ONES... MAYBE WHAT THEY GET HIM. MAYBE ALSO THEY ALSO TOLD HIM IF YOU GET TOYS WE'LL ALSO DO SOMETHING. THAT'S WHY HE TOLD ME. BUT I SAY I DIDN'T WANT TO SAY ANYTHING UNTIL I DIDN'T SEE HOW THE WORK WAS.

JAVIER:    [U/I] DO YOU WANT ME TO TALK TO THAT ONE AND ASK HIM?

CS:    WELL IT'S... IT'S EIGHT (8). IF YOU THINK ABOUT IT IT'S EIGHT (8) AND I HAD TOLD HIM SIXTEEN (16). DO YOU UNDERSTAND ME? THEN IT COMES OUT TO UH... EIGHT (8)... IT'S BY EIGHT (8), FORTY-EIGHT (48). IT'S LIKE... SAY TWELVE THOUSAND (12,000)... ALMOST THIRTEEN THOUSAND (13,000) DOLLARS?

JAVIER:    UH... IT'S EIGHT (8)... TEN (10)... LIKE ELEVEN (11), NO?

CS:    WELL, IT'S EIGHT THOUSAND (8,000) THEN IT'S SIX HUNDRED (600) OF EACH... [BREAKS UP]. AND THEN SIX (6) BY EIGHT (8), FORTY-EIGHT (48). THEN... EIGHT (8), NINE (9), TEN (10), ELEVEN (11), TWELVE (12)... TWELVE (12)... NO. TWELVE THOUSAND EIGHT HUNDRED (12,800).

JAVIER:    BUT WILL THE GUY WAIT FOR YOU WITH THE MONEY OR WHAT?

CS:    HOW? NO, NO. NO, NO. WHAT I'M TELLING YOU IS THAT... I MEAN THE... THE... THE TOYS I [BREAKS UP] HIM AT SIXTEEN (16). THEN IT WAS... IT WAS UH... IT WAS UH... TWELVE (12), EIGHT HUNDRED (800). DO YOU UNDERSTAND ME? DO YOU SAY... DO YOU HAVE SOMEONE WHO WILL GET? BECAUSE THE GUY ALSO OFFERED THAT TO ME, WORK. BUT DO YOU HAVE SOMEONE WHO WILL GET WORK?

JAVIER:    YES. YES I HAVE. I HAVE SOMEONE WHO WILL GET THAT WORK.

CS:    BUT HOW MUCH, HOW MUCH DO YOU WANT?

JAVIER:    THAT BUDDY WHO GETS HE CAN GET FROM ONE (1) TO TWO (2). NO... DO YOU UNDERSTAND ME? SLOWLY.

CS:                    BUT HERE.

JAVIER:           YES, YES.  RIGHT HERE.

CS:                    WELL UH... UH... [CLEARS THROAT].  BUT ARE YOU SURE HE IS YOUNG BECAUSE I DON'T WANT FOR HIM TO FUCK UP BECAUSE THIS ONE... UH... THE JUAN I... THE JUAN I KNOW IS OLD.  HE IS ALREADY OLD. [U/I] THAT GUY IS ALREADY OLD. HE ALREADY HAS... HE ALREADY HAS SOME YEARS.  WELL HE IS OLDER THAN I AM.

JAVIER:           NO.  BUT NO... MAYBE THAT GUY... I MEAN THIS ONE... [U/I] THAT HE IS GUY VERY... VERY SERIOUS AND IT SEEMS THAT HE IS IN THAT WORK BUT... [U/I] IF I KNEW HIM.  I SAID, "NO. I DON'T KNOW HIM."  BUT IT MIGHT BE HE IS THE FATHER OR SHIT OF THIS OTHER ONE.

CS:                    NO, NO.  THIS OTHER ONE DOESN'T HAVE KIDS AND... AND THAT GUY DIDN'T HAVE EITHER. [U/I].  DIDN'T I TELL YOU THAT... THAT... THAT THE... THAT THE GUY IS OLD.  I MEAN HE FIXES HOUSES AND HE GOES AROUND THERE... WELL HE DOES... HE IS BY THE NEIGHBORHOOD SOMETIMES.  HE FIXES HOUSES AND DOES... WELL YES, INSIDE, ALL THAT SHIT AND OUTSIDE... ALL... ALL THE SHIT. [CLEARS THROAT] BUT HE IS CALLED JUAN.  I DON'T REMEMBER HOW HE IS CALLED.  THEY JUST CALL THE GUY JUAN, CABEZON.  I DON'T KNOW WHAT THE GUY IS CALLED BUT... LET ME TELL HIM EITHER WAY. SEE WHAT HE SAYS AND MAYBE... WELL EVERYTHING DEPENDS ON... ON HOW MUCH YOU... AT HOW MUCH... [BREAKS UP].

JAVIER:           UH... HEY.  THEN... MOREOVER... DO YOU WANT ME TO CALL THAT ONE AND ASK HIM WHAT HE THINKS?

[END OF CALL]

CASE NUMBER               M1-08-0136

TARGET                    (817) 819-3392

SESSION NUMBER            492

DATE                      TUESDAY, SEPTEMBER 29, 2009

TIME                      11:33:18 CDT

DURATION                  00:03:22

DIRECTION                 INCOMING

IN/OUT NUMBER             316010158066688

SUBSCRIBER                UNAVAILABLE

LANGUAGE                  SPANISH

PARTICIPANTS              JAVIER ROSALES

                          F.N.U., L.N.U., ALIAS CONFIDENTIAL
                          SOURCE

MONITOR                   DUBELZA BUITRON

TRANSCRIBER               ELIAS J. CABAN

REVIEWER

[NO TELEPHONE SOUNDS]

CS:         HELLO.

JAVIER:     DO YOU WANT ME TO CALL HIM AND... FOR ME TO ASK HIM WHAT
            HE THINKS?

CS:         WELL LOOK, I'D SAY WE SHOULD WAIT, TO SEE HOW... UH, THAT'S
            WHY I WAS TELLING YOU, I... [STUTTERS] UH... I'D SAY TO BEST ASK
            YOUR FRIEND TO SEE AT HOW MUCH DOES HE GET THE BLOCKS
            FOR, AND THEN... IF I CAN ASK THIS GUY TO GIVE ME A BLOCK...
            AND, AND THAT I... WITH... [STATIC] ...AND THEN FROM THERE WE
            CAN DEDUCT THE THINGS OF... THE THINGS OF, UH... THE TOYS,
            AND WE JUST GIVE HIM THE REST.  BUT YOU NEED TO KNOW... WE
            NEED TO KNOW HOW MUCH DOES HE GET EACH BLOCK FOR, THAT
            GUY... THAT GUY THAT THE MAN KNOWS.

JAVIER:     LOOK, WE FIRST NEED TO ASSURE THE GUY IF... IF HE'S GOING TO
            DO THE WORK.  IF NOT BECAUSE THIS GUY I HAD ALREADY TOLD
            HIM... ABOUT THE... ABOUT THE... THE COUSIN, BETO, AND WELL I
            LET THE GUY DOWN.

CS:         OH, OH, FROM, FROM... YOU WERE GOING TO GET HIM SOME?

JAVIER:     YES, WHEN... WITH COUSIN BETO, REMEMBER?

CS:         YES, YES, YES.

JAVIER:     AND SO WE JUST NEED TO ASSURE THE BUDDY, AND TELL HIM IF
            YES, AND IF HE GOES LITTLE BY LITTLE, LOOK, WELL WE'LL SEE
            HOW WE CAN ARRANGE IT.

CS:         WELL, UH... WELL LIKE I'M TELLING YOU, IF... YOU WANT TO TELL
            HIM, THAT GUY, OR ASK HIM AT HOW MUCH HE WOULD GET THE
            BLOCK FROM YOU... I MEAN, HOW MUCH YOU CAN LEAVE IT TO
            HIM.

JAVIER:     YES, THE THING IS THAT HE... [STUTTERS] ARRANGES THEM,
            BECAUSE I HAD TOLD HIM... THAT, THAT THEY WERE GOING TO
            LEAVE IT FOR US AT TWENTY-THREE (23).  AND HE SAID, HE SAID,
            "LET'S SEE IF WE CAN GET THEM OUT AT TWENTY-FIVE [25]."

CS:         OKAY, WELL, LET ME THEN CALL, AND I'LL ASK HIM WELL, AND...
            AND LET'S SEE WHAT HE TELLS ME, LET'S SEE IF HE ANSWERS ME
            NOW, BECAUSE LIKE I TELL YOU... [U/I] IF NOT, EITHER WAY IN THE

AFTERNOON I'LL... [STUTTERS] FIND HIM. BUT, UM... EITHER WAY WE'RE GOING TO WAIT ALSO TOMORROW TO SEE WHAT THEY SAY ABOUT THE... ABOUT THE "R"S AS WELL. SO THAT WE WON'T... WON'T COME WITH CRAP WITH THE GUY.

JAVIER: LOOK, BECAUSE I THINK IT'S BETTER, UM... SELL THOSE, AND... [STUTTERS] FOR HIM TO PAY YOU WITH THAT SHIT. AND THAT MONEY WILL BE TAKEN OUT MORE SECURE.

CS: YES, THAT TOO, IT'S TRUE, THAT CAN BE DONE LIKE THAT. BUT, LISTEN, AT... [STATIC] HOW THE SHIT WENT DOWN, AND THEN I WENT TO ANOTHER PLACE NOW, AND I NO LONGER TOLD YOU... I DIDN'T ASK YOU WELL, BUT THEN... THERE'S NO PROBLEM WITH THE OTHERS, EVEN THOUGH THIS HAD HAPPENED WITH BETICO'S BUDDY .

JAVIER: NO, NO, BECAUSE HE HAS THE OTHER ONE STILL.

CS: SO THEN, IT WASN'T THE GUY WHO THEY SAY CAME OUT IN THE NEWS THAT THEY CAUGHT THAT THEY CALLED EL DIABLO?

JAVIER: I REALLY DON'T KNOW WHICH OF THEM, THE TRUTH IS THAT I DIDN'T ASK HIM NOR I KNOW HIM.

CS: BECAUSE THEY JUST CAUGHT ONE, DON'T YOU REMEMBER? BUT ONE OF THEM WAS FROM... [STATIC] THAT THEY CALLED EL DIABLO, AND THEN... THERE WAS ANOTHER ONE THAT THEY SAID THAT HE APPEARED WAS FROM MICHOACÁN, THAT GUY WAS THE... THE... BOSS OF [U/I] FROM THERE.

JAVIER: YES, YES. AND OVER HERE... EH... WELL I DON'T KNOW HIM, THE TRUTH IS THAT I DON'T KNOW HIM. WHO KNOWS... [U/I].

CS: WELL EITHER WAY I'LL CALL YOU, IF I DON'T CALL YOU IN A BIT I'LL CALL YOU LATER.

JAVIER: ALRIGHT, THEN, TRY TO GET IN TOUCH WITH THE GUY, AND TELL HIM AND... AND IF HE GIVES YOU SOME WORK, WELL... [U/I] A LITTLE BIT, MAN, WHAT THE FUCK MATTERS THAT I CAN ARRANGE THEM WITH THIS GUY?

CS: ALRIGHT, THEN, THEN I'LL CALL YOU LATER.

JAVIER: ALRIGHT, THEN, MAN.

[END OF CALL]

| | |
|---|---|
| CASE NUMBER | M1-08-0136 |
| TARGET | (817) 819-3392 |
| SESSION NUMBER | 502 |
| DATE | WEDNESDAY, SEPTEMBER 30, 2009 |
| TIME | 15:05:30 CDT |
| DURATION | 00:06:54 |
| DIRECTION | INCOMING |
| IN/OUT NUMBER | 316010158066688 |
| SUBSCRIBER | UNAVAILABLE |
| LANGUAGE | SPANISH |
| PARTICIPANTS | JAVIER ROSALES |
| | F.N.U., L.N.U., ALIAS CONFIDENTIAL SOURCE |
| MONITOR | EDDIE GARRIDO |
| TRANSCRIBER | ELIAS J. CABAN |
| REVIEWER | |

[NO TELEPHONE SOUNDS]

JAVIER:     WHAT HAPPENED, MAN?  HOW ARE WE?

CS:         JUST HERE, MAN.  WAITING STILL.

JAVIER:     HAS ANYONE GOTTEN IN TOUCH WITH YOU?

CS:         NO, THE ONLY THINGS THAT ARRIVED WERE THE OTHER THINGS,
            THE OTHER THINGS, THE PILL CONTAINERS, BUT THE MAN HASN'T
            CALLED US AND THIS GUY... TOLD ME HE WAS GOING TO CALL
            NOW, THE ONE I WAS TELLING YOU ABOUT YESTERDAY, AND HE
            HASN'T CALLED ME.

JAVIER:     ALRIGHT, WELL... [U/I].

                        [PAUSE]

CS:         HEY, UM... WHAT DO YOU THINK?  DO YOU THINK YOU'LL BE
            ALRIGHT... UM... DOING THAT WORK, WITH THE WHITE ONE?

JAVIER:     WELL YES, NO?  I THINK SO.

CS:         DO YOU THINK MORE MONEY WILL COME OUT?

JAVIER:     WELL IT DEPENDS, LITTLE BY LITTLE, MAN, BUT THAT... YOU KNOW
            THAT IT'S A SURE DROP.

CS:         WELL YES, THAT'S TRUE, AS WELL.  THAT'S TRUE AS WELL, BUT IT'S
            JUST THAT... THAT'S THE ONLY PROBLEM, FOR IT NOT TO... ALL OF
            A SUDDEN... CALL... UH... BETO, AND HIM TO SAY, "HEY, WHAT
            HAPPENED? I NEED THIS, MY BUDDY WANTS THIS," AND... FOR US
            TO STILL HAVE SOME THERE.

                        [PAUSE]

JAVIER:     HEY, THE THING IS THAT IF... IF THE GUY OFFERS SOME TO ME
            HERE, WELL THAT'S WHY WE'LL TELL THAT OTHER GUY.  WHAT DO
            YOU THINK? "THEY OFFER US THIS"; AND THEN DEPENDING...
            WE'LL THEN KEEP SELLING UNTIL THE MONEY IS RECUPERATED
            THE WAY IT IS, SO THAT NO, NOBODY PUTS MONEY TO ANYONE.

CS:         WELL YES, THAT'S ALSO TRUE.  WELL YES, ONCE ONE KNOWING...
            WELL, BUT NO, IT'S JUST THAT I HAVEN'T SEEN THIS GUY BEFORE, I
            JUST BARELY SAW HIM, BUT... WELL IF WE WOULD HAVE SAID

SOMETHING LIKE THAT, WELL THEN WE WOULD OF HAD THE MONEY ALREADY.

JAVIER:     YES, THE FUCKING MONEY SHOULD ALREADY BE THERE, AND EVEN WITH THAT… SAY THAT ONE GETS OUT OF IT TWO THOUSAND (2,000) OFF THE BAT, TO ONE (1), BUT IF IT'S EACH WEEK, WELL YOU'LL QUICKLY GET OUT OF IT.  I THINK THAT THOSE GUYS WANT MORE THAN ONE (1).

CS:     WELL YES.  YES, YES.  UM… THAT'S GOOD, WELL JUST ONCE HE CALLS ME, I'LL, UH… I'LL LET YOU KNOW.  NOW THIS GUY FROM THERE… WANTED ONE OF THOSE, UH… I MEAN, HE DIDN'T WANT ONE, HE WAS OFFERING ONE… ONE LIKE THE HORSE KIND, BUT YOU SEE THAT… THESE ARE FIFTEEN (15), WELL THIS ONE WAS THE OTHER ONE, THE SIXTEEN (16).

JAVIER:     AND IT WAS GOOD?

[PAUSE]

CS:     I DIDN'T… [STUTTERS] LOOK AT IT, I MEAN, THE GUY WAS OFFERING IT BUT THEY NEVER ARRIVED WITH IT, BUT THAT'S WHAT HE SAID, I MEAN… IT WASN'T… IT WAS THE BIGGER ONE, I MEAN, LIKE THE HORSE KIND BUT BIGGER.  I MEAN, WELL IN SIXTEEN (16).

JAVIER:     ALRIGHT.  NO, WELL… [U/I].  WELL NO, GET IN TOUCH WITH THAT GUY AND… [STUTTERS] HE'LL BUY YOU THAT SHIT.  YOU SEE THAT YOU CAN EVEN ARRANGE IT, IT'S EASIER THAT THE FUCKING STICKS.

CS:     WELL YES, YES, THAT'S TRUE.  IT CAN BE ARRANGED.  WELL, I SAY, ESPECIALLY THAT THERE'S NO WHITE ONES, YOU UNDERSTAND?  BUT, UH… WELL THE THING I TELL YOU IS THAT… YOU HAVE SOMEONE?

JAVIER:     YES, OVER HERE, WE'LL ARRANGE IT OVER THIS SIDE.

CS:     ALRIGHT, YOU HAVE SOMEONE TO ARRANGE IT TO?

JAVIER:     YES, WE HAVE SOME OVER HERE.

CS:     WELL… WELL THEN LET ME… LET ME JUST WAIT FOR THIS GUY TO CALL ME AND THEN I'LL CALL YOU AS SOON AS… I KNOW SOMETHING.  EITHER WAY, WELL HE WANTED SOMETHING, HE WANTS SOMETHING, YOU SEE?  BUT… THERE'S A CHANCE THAT I

NEGOTIATE THIS TO BE ABLE TO GET SOMETHING OUT OF IT.

JAVIER:     THAT'S FINE, BUT... [CLEARS THROAT] [U/I] ...LIKE THAT... [U/I] THE MONEY OR HOW?

CS:     HOW?

JAVIER:     WELL THE GUY... [U/I] THAT I TOLD YOU THAT HE WAS GOING TO... [U/I] I MEAN, HE'D GIVE THEM... HE'D GIVE YOU FIRST THE... [STUTTERS] [U/I] THERE AND THEN... YOU... YOU WOULD SELL THEM AND THEN YOU'D PAY HIM OR HOW?

CS:     YES. I MEAN WHAT I WAS THINKING WAS... I MEAN, THIS IS WHAT I WAS THINKING: I DON'T KNOW HOW MUCH... HOW MUCH IS GOING TO ARRIVE, RIGHT? EH... YOU UNDERSTAND ME? BUT WHAT I WAS SAYING IS THAT... THAT... THAT HE CAN LET GO FOR ME A WHOLE SQUARE, AND FROM THERE WE'D CHARGE THE ONES OF THOSE, AND THEN THE REST, WE'D GIVE BACK THE REST, I MEAN, IF WE COULD HAVE DONE SOMETHING WITH HIM.

JAVIER:     ALRIGHT, THAT'S... [STUTTERS] WHAT I WANTED TO TELL YOU. BUT... SAY THAT... [U/I] UNTIL HE WOULDN'T THE... THE STICKS BACK. DO YOU THINK THE GUY WOULD HELP YOU OUT LEAVING THEM LIKE THAT AND THEN TO GIVE THEM TO HIM?

CS:     WELL MAYBE YES, YOU SAY THAT... I MEAN... I MEAN, YOU'RE SAYING TO GET INTO THAT?

JAVIER:     YES, IN CASE HE DIDN'T WANT TO GET SOME, THE STICKS IN EXCHANGE.

CS:     THAT'S WHAT I'M TELLING YOU, I MEAN, THAT HE WOULD ANYWAYS GIVE US A SQUARE.

JAVIER:     YES, THERE YOU GO, [U/I] ...TO ONE AND THAT WAY TO... FOR HIM TO LOOK AND FOR HIM TO TRUST AND IF THEY COULD ARRANGE IT, YOU UNDERSTAND?

CS:     THAT'S WHY I'M TELLING YOU, WELL MAYBE YES BECAUSE THAT'S WHAT HE TOLD ME, THAT IF I WANTED TO WORK. BUT WHAT I'M TELLING YOU IS THAT IF YOU HAVE SOMEWHERE TO ARRANGE THEM.

JAVIER:     YES. I HAVE OVER HERE A GUY WHO GETS SOME... HE TOLD ME ONE (1)... TWO (2) OR THREE (3) PER WEEK, HE SAID,

                    NO... [STUTTERS] THERE'S ANOTHER GUY WHO GETS
EVEN... TWENTY (20), THIRTY (30), THAT GUY, BUT... HE ASKS FOR
THE PRICE OF TWENTY-THREE (23), AND IT'S NOT CONVENIENT.

CS:        OH, AND HE WANTS THAT PRICE, OF TWENTY-THREE (23)?

JAVIER:     YES, HE GETS THOSE, BUT FROM TEN (10), TWENTY (20), AND THEN...
THERE'S OTHER GUYS THAT GET ONE (1), AND ALL...
AND... [STUTTERS] UM... AND THEY GET THEM AT TWENTY-FOUR
AND A HALF (24½), TWENTY-FIVE (25).

CS:        WELL, THEN LET ME ASK, THEN. EITHER WAY... IF IT WERE... THE
OTHER GUYS, IF THEY WERE... [U/I] WITH, UH... WITH THE TWENTY
(20) OF THOSE, [U/I] ...BE FROM TEN (10) AND UP, OR TWENTY (20),
MAYBE HE'LL DO SOMETHING WITH US, EITHER WAY, IF HE GETS
THEM AT TWENTY-THREE (23).

JAVIER:     YES. BECAUSE THAT GUY, I HAVE UNDERSTOOD GETS... [STUTTERS]
FROM TEN (10) AND UP, WHATEVER YOU GIVE THE GUY.

CS:        BUT TO YOU?

JAVIER:     YES, HERE IN DALLAS.

CS:        OKAY, WE DON'T HAVE TO TRAVEL ANYWHERE ELSE? JUST
DALLAS?

JAVIER:     ACTUALLY, YOU KNOW WHAT? THE GUY'S HERE IN ARLINGTON.

CS:        WELL, THEN LET ME ASK AROUND BECAUSE MAYBE WE CAN DO
SOMETHING, MAN. I MEAN, IF WE COULD GET A LOT OF THOSE LIKE
THAT, WE CAN DO SOMETHING, FOR EXAMPLE... IN... IF HE... IF HE,
WHAT... IF HE... IF HIS PRICE IS TWENTY-THREE (23), WE CAN
MAYBE SAY, "YOU KNOW WHAT? WELL... YOU NEED TO
GIVE... GIVE IT TO US AT A PRICE TO BE ABLE TO GET SOMETHING...
OUT, YOU KNOW? AT LEAST ONE [1]." OFF THE BAT A THOUSAND
(1,000), TO EACH ONE, YOU UNDERSTAND? [U/I] ...THE GUY WOULD
GIVE IT TO US LIKE THAT, THE OTHER GUY.

JAVIER:     YEAH. EITHER WAY LET'S SEE IF THE GUY CALLS YOU AND
THEN... YOU GUYS CAN COME TO AN AGREEMENT.

CS:        ALRIGHT, THEN. EITHER WAY, UH... WHEN... WHEN... HE GETS IN
TOUCH WITH ME.

JAVIER:       ALRIGHT, THEN, WE'RE SET.


[END OF CALL]

CASE NUMBER              M1-08-0136

TARGET                  (817) 819-3392

SESSION NUMBER          520

DATE                    FRIDAY, OCTOBER 02, 2009

TIME                    11:53:04 CDT

DURATION                00:05:51

DIRECTION               OUTGOING

IN/OUT NUMBER           62*339307*3

SUBSCRIBER              UNKNOWN

LANGUAGE                SPANISH

PARTICIPANTS            JAVIER ROSALES

                        ALBERTO PULIDO A.K.A. BETICO


MONITOR                 EIZAK

TRANSCRIBER             ELENA IZAK

REVIEWER

JAVIER:     GO AHEAD COUSIN.

ALBERTO:    GOOD AFTERNOON COUSIN, HOW ARE YOU?

JAVIER:     GOOD, GOOD COUSIN, EVERY GOOD THANK GOD.

ALBERTO:    THAT'S GOOD, WHAT'S NEW COUSIN?

JAVIER:     NOTHING, ONLY THAT THE OTHER... LITTLE BOXES THAT WE WERE
            EXPECTING, HAVE ARRIVED.

ALBERTO:    THAT'S GOOD, SO... I'M CALLING YOU ABOUT MY COMPADRE,
            HADN'T... THE LAWYER RESOLVED ANYTHING YET?.

JAVIER:     NO, THE DUDE HADN'T RESOLVED ANYTHING YET. HE SAID THAT...
            EITHER WAY HE SAID THAT HE IS GOING TO GET THEM, HE AID, BUT
            IT'S... HE SAID, IT'S GOING TO GET TIME, BUT THE DUDE SAID THAT
            IN FACT HE IS GOING TO GET THEM.

ALBERTO:    THAT'S GOOD, THAT'S GOOD. [U/I] RIGHT?

JAVIER:     YES YESTERDAY,... IT'S THAT... THE DAY BEFORE YESTERDAY
            GUSTAVO'S COUSIN CALLED ME AND TOLD ME, SINCE I WAS SICK
            WITH... THE FUCKING FLU, I DIDN'T PAY HIM MUCH ATTENTION,
            BUT... HIS SIDE IS THAT HE STABBED A GUY, OR SOMETHING LIKE
            THAT I UNDERSTOOD.

ALBERTO:    HMM... NO, THAT HE ONLY SCRATCHED HIM THAT WITH A KNIFE.

JAVIER:     WELL... HE TOLD ME, HE TOLD ME... I STABBED A GUY, IF HE WOULD
            SCRATCHED HIM, HE WOULD HAD COME OUT QUICKLY, BUT HE IS
            NOT OUT YET.

ALBERTO:    THAT'S THE FUCKING PROBLEM, SO HE... HE DID STAB HIM. IT'S
            THAT .... THAT'S HOMICIDE THEN PRIMO. [U/I] THESE GUYS, WITH
            ALL THEIR FUTURE IN FRONT OF THEM, THEY ARE SCREWING LIKE
            THAT.

JAVIER:     THE PROBLEM IS THAT ... STAB HIM AND... KILL HIM, I THINK THAT
            IT'S CHEAPER TO KILL THE GUY.

ALBERTO:    OF COURSE, IT'S BETTER. IT'S BETTER. BUT I ... I DON'T KNOW WHAT
            THEY ARE THINKING. MY COMPADRE WASN'T THAT VIOLENT

COUSIN, WAS HE?

JAVIER:     NO, MAN... I'M TELLING YOU THIS IS THE ONLY GUY THAT IS MORE LIKE THAT... [U/I], THE OTHER GUY... THE OLDER GUY, DON'T THINK THAT HE IS VERY LIKE THAT... IN FACT THIS GUY IS MORE HALF WAY THERE.

ALBERTO:    NO, IT'S FUCKED UP. THE OTHER DAY MY COMPADRE CALLED ME, AND HE WAS WORRIED, I CAN FEEL THAT HE WAS WORRIED, HOW NOT.

JAVIER:     HOW THE FUCK HE WOULDN'T, AND THEN I THINK THAT ASSHOLE WAS WITHOUT WORK.

ALBERTO:    NO... WITHOUT WORK THAT LAZY FUCKING BASTARD, LIKE THE GOAT, LAZY AND AGGRESSIVE... THE FUCKING SON OF A BITCH.

JAVIER:     YEA, IT'S THAT... IT'S WHAT THE COUSIN WORRIES ABOUT THE MOST, HE SAYS, WELL WHAT A FUCK I HAVE HIM HERE AT THE HOUSE, WITHOUT WORKING AND... THEN WITH ALL THESE SHIT.

ALBERTO:    HEY, THAT'S THE PROBLEM. NO, NOW THAT THEY GET OUT. AND SO... OF THE OTHER ONES COUSIN, THE ONES WE HAVE OVER THERE... HAVEN'T THEY... HAVEN'T THEY GOT SOLD?, OR WHAT THE GUY SAYS OR WHAT?.

JAVIER:     THE... [STUTTERS]... ONLY HE TALKED... HE ONLY HAD TALKED TO... A LITTLE BIT AGO I CALLED CARLOS, TO SEE WHAT HAD HAPPENED, THE... THE DUDE IS OUT OF TOWN, AND THE ONE THAT HAD ANSWERED IS HIS WIFE, AND THE ONE HE SENT THE MESSAGES TO, AND IS HIS WIFE, SINCE BOTH OF THEM ARE AT THE STORE,... AND SHE TOLD HIM, MY HUSBAND IS OUT OF TOWN, BUT AS SOON AS... SO AS SOON AS HE RETURNS BACK, I'LL LET HIM KNOW TO GET A HOLD OF YOU.

ALBERTO:    ALL RIGHT. NO, GOD WILLING... JUST TELL THEM THAT WE'LL GET BETTER MAN, BUT THERE ARE A LOT OF PROBLEMS EVERYWHERE. A LOT... A LOT OF DETAILS, FUCK MAN, AND YOU KNOW HOW PEOPLE ARE.

JAVIER:     YES, BUT EITHER WAY SO... EITHER WAY... I HAVEN'T TOLD YOU ANYTHING BECAUSE IT'S NOT... A SURE THING AT ALL, BUT... SO... WE ARE LOOKING INTO A DUDE, THAT IS FROM THE SAME PLACE THAT CARLOS IS FROM, AND THE DUDE... TOLD HIM, BUT THIS DUDE SAYS THAT HE OFFERS HIM SOME PAINT BOTTLES FOR THOSE.

ALBERTO:     UH... THAT WILL BE GOOD, RIGHT?... ONLY THAT IT'S GOOD, BECAUSE THERE ARE SOME THAT ARE MADE TWO (2) OUT OF ONE (1), AND THEY LOOK THE SAME, AND AT THE TIME TO GET RIDGE OF THEM, IT'S FUCKED UP. BUT IF HE GIVES THEM TO YOU, FUCK HIM, HOW MUCH.... HOW MUCH HE CAN HELP WITH?

JAVIER:     THAT'S WHAT I TOLD CARLOS, LISTEN.... IMAGINE THAT HE GIVES US ONE (1) TO GO FORWARD, AND I TOLD HIM, WE'LL GIVE HIM THE REST, IF NOT [U/I] AND... BECAUSE THE... THE DUDE WANTS HIM TO HELP HIM OUT TO SET UP THINGS, BUT THIS GUY TOLD HIM, NO RIGHT NOW... HE SAID, NO RIGHT NOW I'M [U/I] SO HE TOLD HIM ABOUT THE... THE TOYS, HE TOLD HIM... HE TOLD HIM, PLACE THEM SOMEWHERE THERE HE SAID, AND HE SAID, WE'LL SEE ... HOW WE EXCHANGE THEM, AND NOW... HE IS MEETING WITH THE GUY.

ALBERTO:     UH COUSIN CALM DOWN. [CLEARS THROAT] NO COUSIN. ONLY IF HE WOULD EXCHANGE THEM... [STATIC]... COUSIN, BECAUSE THAT... BECAUSE WITH WHAT YOU HAVE OVER THERE ... WITH WHAT YOU HAVE OVER THERE PLUS... OF WHAT IT IS OF THE TOYS OF THE EIGHT (8), I HAVE TO COMPLETE TWENTY.... TWENTY-SEVEN (27), OF THE THIRTY-FIVE (35)... THIRTY-FIVE (35) DISCOUNTING THE PILL CASES... [U/I] THIRTY-EIGHT (38), THIRTY -EIGHT(38) NO, FROM EIGHTEEN (18) TO TWENTY-NINE (29)... [STATIC]... I'LL ALMOST COMPLETE WITH THAT.... AND WITH THAT ... PERSONALLY, I'LL BREAK EVEN AND THEN WE CAN [U/I] WITH SOMETHING ELSE.


[END OF CALL]

CASE NUMBER            M1-08-0136

TARGET                (817) 819-3392

SESSION NUMBER        522

DATE                  OCTOBER 02, 2009

TIME                  12:00:56 CDT

DURATION              00:00:52

DIRECTION             OUTGOING

IN/OUT NUMBER         62*339307*3

SUBSCRIBER


LANGUAGE              SPANISH

PARTICIPANTS          JAVIER ROSALES
                      ALBERTO PULIDO AKA BETICO


MONITOR               EIZAK

TRANSCRIBER           AL LAGOS

REVIEWER

JAVIER:    ...IT'S BECAUSE...RIGHT NOW BECAUSE..RIGHT NOW WHAT'S HERE
...IT'S BECAUSE OF THAT MOTHER...THAT PAINT.

BETICO:    OH I UNDERSTAND...I UNDERSTAND.  THAT'S THE WAY IT IS. NO, NO,
NO, THAT IS WHY THINGS ARE THAT WAY.  I UNDERSTAND THE
PROBLEM IT'S JUST THAN YOU U/I.  DO YOU UNDERSTAND ME
...WELL I'M GONNA SEND IT BY U/I..AND RIGHT NOW U/I... UH...RIGHT
NOW HE IS AT HIS HOUSE..DO YOU KNOW U/I...THAT THEY NEED U/I
OF OVER HERE.

JAVIER:    YES.  HE WAS GONNA LEAVE THE MONEY ...THERE IS...THERE IS . LET
SAY THAT THEY CAN EARN TWO (2) BUCKS OR WHATEVER ...BUT I
SAY IN... IN TWO (2) WEEKS DUDE...OR IN A FEW DAYS.  THAT WE
CAN RECUPERATE ALL THE MONEY AND WE ARE U/I...WE ARE
U/I...AND WE U/I ...WON'T LOSE ANYTHING.

[END OF CALL]

CASE NUMBER              M1-08-0136

TARGET                  (817) 819-3392

SESSION NUMBER          523

DATE                    OCTOBER 02, 2009

TIME                    12:01:52 CDT

DURATION                00:02:23

DIRECTION               INCOMING

IN/OUT NUMBER           62*339307*3

SUBSCRIBER


LANGUAGE                SPANISH

PARTICIPANTS            JAVIER ROSALES
                        ALBERT PULIDO AKA BETICO


MONITOR                 EIZAK

TRANSCRIBER             AL LAGOS

REVIEWER

BETICO:     ...NO DON'T TELL ME...IT 'S JUST THAT I WANT TO RECOVER MY PROFIT... BECAUSE U/I EVERYONE WANTS THEM FOR FREE. WHAT ARE WE GOING TO DO WITH THEM? NOBODY WANT THEM. SO THEN...IT'S ABOUT RECOVERING THE FUCKING MONEY...THE DAY THEY TELL ME ABOUT THE BOY..THE ONE THEY TOOK TO SCHOOL. THAT THEY GIVE ME INSTRUCTIONS ...THEY WANT THE U/I, IF NOT...THEY WANT TO BUY OTHER THINGS....WELL ONCE THEY TELL ME THEN I'M BUY THEM.   IF I DON'T UNDERSTAND ...WITH THAT WE ARE THEN FREE OF THAT.

JAVIER:     YEAH.  NO IT'S WHAT I TOLD YOU...I TOLD HIM...AND THAT THOSE WELL...YOU CAN'T GET THEM AT ANOTHER PLACE...ALREADY.. FROM NOBODY AROUND THERE.

BETICO:     IT'S THAT THERE ARE A LOT THAT WANT THEM.  BUT WHEN SOME SAY THAT NO...THAT NO...THAT THEY DON'T QUALIFY...THE REST SAY..I ALSO DON'T WANT THEM.  NOT BECAUSE THEY AREN'T ANY GOOD BECAUSE THAT ONE ALREADY REJECTED THEM. SO THEN THEY WORK THAT FARM...WHAT DO YOU WANT TO DO? THERE I CAN'T GRAB ANYTHING.  BECAUSE THEY ARE FROM THE SAME...THEY ARE GOOD FRIENDS.

JAVIER:     YEAH.  I TOLD HIM ...AND THAT OTHER DUDE THE ONE FROM THE STORE ...SO THAT IT'S NOT...THE DUDE ALREADY MESSED IT UP. THE DUDE IS ALREADY SAYING ...I HAVE THIS.  I HAVE TO GRAB IT. NOW WHATEVER HE GRABS FROM THE ...THAT OF THE U/I KEYS. THAT OR THE OTHER.  AND IT'S MORE...MORE COMMERCIAL.

BETICO:     ALL RIGHT COUSIN...I WOULD LIKE IT BETTER IF THEY DID THE...THE CONTRACT WITH THIS GUY.  TO SEE THAT HE GIVES US PAINT AND U/I... U/I.

JAVIER:     YES, YES.  NO, I TOLD...I TOLD THAT GUY AND HE SAID, I HOPE SO AND IT'S BETTER.  BECAUSE THAT WAY WE GRAB THE MONEY IN CASH.

BETICO:     ALL RIGHT, ALL RIGHT. NO HOW GOOD COUSIN.  NO, NO, NO, ORDER ONE FROM HIM AND PAY FOR IT FROM THE BACK UP THAT'S THERE. HERE THERE IS U/I...AND TAKE WHAT'S LEFT THE REST OF IT. U/I...U/I.

JAVIER:     OH YEAH.  I ALREADY TOLD HIM...AND SHORTLY...I'LL SEE . SHORTLY I'LL CHECK IF HE CALLS THIS GUY....AND TALKS TO ME AND SEE WHAT HE SAYS...AND I'LL GIVE YOU A CALL.

BETICO:    ALL RIGHT PLEASE CALL ME...KEEP ME INFORMED PLEASE. SO THAT WE ARE READY FUCK.

JAVIER:    ALL RIGHT THEN NO PROBLEM.

[END OF CALL]

CASE NUMBER                M1-08-0136

TARGET                     (817) 819-3392

SESSION NUMBER             524

DATE                       OCTOBER 02, 2009

TIME                       12:18:15 CDT

DURATION                   00:02:03

DIRECTION                  OUTGOING

IN/OUT NUMBER              143*790*25

SUBSCRIBER


LANGUAGE                   SPANISH

PARTICIPANTS               JAVIER ROSALES
                           FNU LNU AKA CS


MONITOR                    EIZAK

TRANSCRIBER                AL LAGOS

REVIEWER

CS:      WHAT'S HAPPENED, U/I?

JAVIER:  HEY THE...THE DUDE THAT GRABBED THE TOYS...DID YOU OFFER
         HIM THE SAME PRICE AS THE STORE?

CS:      YES, MAN. THAT WHY WE UH....THE SUMMIT.  WHICH ONE ARE YOU
         TALKING ABOUT?

JAVIER:  THE UH ONE THAT ...TO SEE IF HE WOULD CHANGE THE THINGS
         FOR...

CS:      OH FOR THE WHITE?

JAVIER:  YES.

CS:      YES MAN...TO THE THING.

JAVIER:  WHY?

CS:      IT'S THAT THEY KNOW WHAT IT'S WORTH, MAN.

JAVIER:  OKAY YEAH...I JUST WANTED TO KNOW.  I SAID...I SAID
         MAYBE...YOU SEE THEM BEING OUTSIDE I DON'T KNOW IF THEY
         WERE WORTH MORE MONEY.

CS:      WELL NO, NO, NO...OR RATHER ...WELL I ...WHEN I TOLD HIM ...I TOLD
         HIM LIKE SIXTEEN (16) SEVENTEEN (17) FOR EACH ONE. DO YOU
         UNDERSTAND? BUT UH...WELL ANYWAY HE HASN'T ANSWER ME
         RIGHT NOW.

JAVIER:  OKAY.  BUT THE DUDE SEEMED INTERESTED WITH THAT MOTHER
         OR WHAT HAPPENED?

CS:      WELL IT LOOKED THAT WAY.

JAVIER:  ALL RIGHT, NO WELL LET'S SEE WE CAN FUCKING DO
         SOMETHING...LET'S SEE WHAT'S HAPPENING.

CS:      SO THEN...THE OTHER DUDE ...THE OTHER DUDE THAT IS FROM HERE
         FROM...OR RATHER FROM YOUR SIDE...HAS HE RETURNED OR
         WHAT?

JAVIER:  NO, HE HASN'T ARRIVED THE FUCKER YET...HE'S STILL...HE'S STILL
         FAR AWAY.

CS:          ALL RIGHT.  AND HE WON'T HAVE WORK?

JAVIER:      WELL I BELIEVE SO BUT NOT UNTIL HE ARRIVES.

CS:          ALL RIGHT.  AND HAVE THEY ASK YOU...OR RATHER ARE THEY ALREADY ASKING YOU FOR THAT?

JAVIER:      NO, WELL I JUST TOLD THEM TO CALM DOWN UNTIL THE DUDE ARRIVED.

CS:          ALL RIGHT.

JAVIER:      WELL LET'S SEE IF HE ANSWERS ME AND THEN I'LL CALL YOU.

CS:          ALL RIGHT.  I'LL CALL YOU LATER.

[END OF CALL]

CASE NUMBER          M1-08-0136

TARGET              (817) 819-3392

SESSION NUMBER      546

DATE                SATURDAY, OCTOBER 03, 2009

TIME                8:45 PM CDT

DURATION            00:01:20

DIRECTION           INCOMING

IN/OUT NUMBER       62*339307*3

SUBSCRIBER          UNKNOWN

LANGUAGE            SPANISH

PARTICIPANTS        JAVIER

                    BETICO

MONITOR             ALAGOS

TRANSCRIBER         VTEDSALL

REVIEWER

BETICO:     OKAY.  AND THE MEASUREMENT FROM HERE... FOR OVER HERE?

JAVIER:     I MEAN, THAT'S WHAT HE SAYS, IT'S AH... HE SAYS THAT
            [STUTTERS] THE MEASUREMENT IS A LITTLE OVER TWO (2)... OF
            TWO (2)... OF TWO (2) NOTEBOOKS FROM HERE, COUSIN.  SO THEN,
            HE SAYS THAT IT'S LIKE BETWEEN... AH... ABOVE THIRTY (30)... HE
            SAID THIRTY-TWO (32) AND UP.  HE SAID, THIRTY-TWO (32) TO
            THIRTY-FOUR (34).  HE SAID, THAT IF BROKEN... HE SAID YOU CAN
            GET MORE... YOU CAN GET WOR... YOU CAN GET MORE MONEY OUT
            OF IT.

BETICO:     YOU GUYS... YOU GUYS [U/I] HOWEVER YOU WANT.  AH... SO YOU
            GUYS CAN BRING SOMETHING... IT'S BENEFICIAL FOR YOU.

JAVIER:     OKAY.  HE SAYS, THAT IF... HE SAYS [STUTTERS]... IF HE'LL GIVE IT
            US AT THIRTY (30), THAT'S GOOD TO WORK.

BETICO:     OKAY, FOR [U/I] AT THIRTY (30), THAT'S PERFECT.

JAVIER:     RIGHT.

BETICO:     ALRIGHT, [U/I] YOUR BUDDY... LET ME TALK TO HIM.

JAVIER:     ALRIGHT THEN.  ANYWAYS, AH... I'M HERE ON THAT SHIT AND AH...
            GIVE ME A CALL OR... IF [U/I] TOMORROW OR WHATEVER.

BETICO:     ALRIGHT, THANK YOU.


                              [END OF CALL]

| | |
|---|---|
| CASE NUMBER | M1-08-0136 |
| TARGET | (817) 819-3392 |
| SESSION NUMBER | 598 |
| DATE | MONDAY, OCTOBER 12, 2009 |
| TIME | 13:08:50 CDT |
| DURATION | 00:03:47 |
| DIRECTION | INCOMING |
| IN/OUT NUMBER | 316010158066688 |
| SUBSCRIBER | UNKNOWN |
| LANGUAGE | SPANISH |
| PARTICIPANTS | JAVIER ROSALES |
| | CS |
| MONITOR | DUBELZA BUITRON |
| TRANSCRIBER | DUBELZA BUITRON |
| REVIEWER | |

JAVIER:          WHAT'S GOING ON, MAN?

CS:              NO, IT'S CAUSE I WAS [STUTTERS] WHEN YOU CALLED ME THE
                 GUY WAS CALLING ME. IT'S CAUSE [STUTTERS] THAT GUY
                 WAS AROUND HERE THAT ONE [1] THAT [U/I] WITH DANIEL,
                 MAN, THAT DUDE, DURANGO.  DO YOU REMEMBER HE HAD
                 TOLD ME ABOUT A, JOB. BUT UH, NO. NO. EVERYTHING'S TOO
                 EXPENSIVE.

JAVIER:          WHICH ONE [1] THE UH, [U/I] OR THE OTHER ONE [1]?

CS:              THE WHITE ONE [1].

JAVIER:          DOES HE HAVE SOME OR DOES HE WANT SOME OR WHAT?

CS:              HE KNOWS WHO HAS SOME, BUT ITS TOO EXPENSIVE.

JAVIER:          AT HOW MUCH, AT HOW MUCH IS THE GUY GIVING IT FOR?

CS:              AT TWENTY-FIVE [25], THAT'S WHAT HE'S SAYING HE'S
                 GIVING IT AT.

JAVIER:          NO. NO. I'M TALKING ABOUT THE PRICE SO THAT WE CAN GET
                 IT AT TWENTY-THREE [23] AND GIVE IT FOR TWENTY-FIVE [25],
                 BUT THAT'S WHAT IS OUT. WE NEED TO BE ABLE TO GET IT AT
                 TWENTY-THREE [23].

CS:              YES, WELL, THAT'S WHAT I TOLD HIM. I TOLD HIM, 'WELL, NO,
                 IT'S TOO EXPENSIVE.' I TOLD HIM, 'RIGHT NOW, WE CAN'T DO
                 TOO MUCH LIKE THAT.'

JAVIER:          ALRIGHT. NO, YES, NO, I DON'T KNOW IF [U/I].

CS:              AND THAT'S WHY, OH, BUT WHAT I WAS TELLING YOU ABOUT
                 THAT, THAT UH, WELL, I DON'T KNOW IF THE GUYS ARE
                 ALREADY READY TO PICK UP THE THINGS, BECAUSE HE TOLD
                 ME THE EARLIER THE BETTER. AND SO THEN, I TOLD HIM, "SO
                 THEN, YOU ARE READY TO PICK UP.' AND HE SAID, 'YES. AS
                 SOON AS YOU HAVE THAT.' THE PROBLEM IS TO START AND
                 GET IT. BECAUSE THIS GUY, THE THING IS THAT [U/I], THAT, IN
                 ONE [1] DAY, IN TWO [2] DAYS YOU CAN FIND IT. EVERYTHING
                 CAN BE FOUND, BUT WITH MONEY, AND WHEN YOU HAVE TO
                 EXCHANGE THE THINGS WELL, THAT'S WHEN IT IS HARDER.
                 AND WELL, THAT'S WHAT I TOLD BETICO. 'EVERYONE THINKS
                 THAT THEY ARE FRIENDS AND SHIT,' I SAID. 'THE PROBLEM IS

THAT WHEN THEY SEE A PERSON CHOCKING,'I SAID, 'WELL, THE GUYS WANT TO TAKE ADVANTAGE AND MAKE MONEY.'

JAVIER:     YES, FOR A TIME THAT WORK IS FUCKING HARD, BUT WELL LIKE, JUST DON'T TELL THEM, 'HEY, [U/I], UH, I'M LOOKING AND LOOKING AND TRYING TO ARRANGE THINGS,'AND WELL LIKE, DON'T TELL HIM THAT FOR TOMORROW OR FOR THE DAY AFTER TOMORROW. JUST TELL HIM, 'HEY, UH, I'M DOING IT THE FASTEST I CAN DO IT.' AND [STATIC] [U/I].

CS:     WELL, YES, THAT'S WHAT I TOLD HIM. WELL, LIKE THAT'S WHAT I TOLD YOU THAT I TOLD HIM. DO YOU UNDERSTAND? BUT I DON'T KNOW IF THEY ARE PRESSURING HIM A LOT, BECAUSE HE TOLD ME, 'NO, WELL I'LL PUT IN, I'LL PUT IN WHAT'S MISSING.'

JAVIER:     NO, OKAY. IT'S [U/I]. WELL THE, [U/I]. WELL, LET'S SEE [U/I] BY LOOKING HOW MANY THEY CAN COME FOR AND THAT'S IT.

CS:     NO, WELL, YES. THE PROBLEM IS FINDING WHO WILL GIVE YOU THINGS THAT [STUTTERS] [U/I] FOR THOSE. THAT'S ONE [1] THING. AND THEN, WHAT UH, FOLLOWS ASIDE FROM THAT. WHAT I'M SAYING IS LIKE, WHAT IT IS, UH, WHAT'S IT CALLED? THAT THEY GIVE YOU UH, GIVE YOU, WHAT YOU NEED. AND THAT, IF SOMEONE IS GOING TO HAVE THAT MANY LIKE THAT TO EXCHANGE THEM. DO YOU UNDERSTAND? BECAUSE NOT A LOT OF PEOPLE ARE GOING TO HAVE THOSE AVAILABLE, [U/I] WELL LIKE, YOU CAN EXCHANGE THEM MAYBE FOR A STICK OR SOMETHING, BECAUSE WELL, YOU KNOW THAT ITS THERE. THEY'LL EXCHANGE THE STICKS, BUT UH, NO ONE WILL HAVE THAT MANY CHARGERS, BECAUSE [STUTTERS] WHO'S GOING TO GO TO A STORE AND SAY I NEED FIVE HUNDRED [500]. WELL LIKE, THERE ISN'T. DO YOU UNDERSTAND WHAT I'M TELLING YOU? SO THEN, THE GUYS ARE GOING TO SAY, 'OH, WELL, I'M GOING TO HAVE TO SPEND A LOT OF MONEY, BUYING.'DO YOU UNDERSTAND? WELL LIKE, WHAT I'M TELLING YOU IS THAT THEY ARE GOING [STUTTERS] TO SPEND A LOT OF MONEY OUT OF POCKET. COMPARED TO IF YOU EXCHANGE THEM WITH SOMETHING THAT THEY ALREADY HAVE THERE, WELL IT'S JUST AN EXCHANGE AND THEY DON'T HAVE TO SPEND MONEY OUT OF POCKET.

[END OF CALL]

| | |
|---|---|
| CASE NUMBER | M1-08-0136 |
| TARGET | (817) 819-3392 |
| SESSION NUMBER | 602 |
| DATE | MONDAY, OCTOBER 12, 2009 |
| TIME | 13:18:00 CDT |
| DURATION | 00:00:35 |
| DIRECTION | INCOMING |
| IN/OUT NUMBER | 316010158066688 |
| SUBSCRIBER | UNKNOWN |
| LANGUAGE | SPANISH |
| PARTICIPANTS | JAVIER ROSALES |
| | CONFIDENTIAL SOURCE |
| MONITOR | DBUITRON |
| TRANSCRIBER | ELSA CARREON |
| REVIEWER | |

CS:         TELL ME.

JAVIER:     LET ME CALL THAT EDGAR. IT'S BECAUSE HE MET A GUY THAT
            COULD GET THOSE THINGS TO SEE IF I CAN OFFER THEM TO HIM,
            SEE IF HE KNOWS SOMEONE.


                            [END OF CALL]

CASE NUMBER              M1-08-0136

TARGET                  (817) 819-3392

SESSION NUMBER          635

DATE                    WEDNESDAY, OCTOBER 14, 2009

TIME                    09:51:59 CDT

DURATION                00:01:20

DIRECTION               OUTGOING

IN/OUT NUMBER           2142705052

SUBSCRIBER              UNKNOWN

LANGUAGE                SPANISH

PARTICIPANTS            JAVIER ROSALES

                        UNIDENTIFIED MALE [UM]

MONITOR                 ACORNEJO

TRANSCRIBER             ELENA IZAK

REVIEWER

UM:             HELLO.

JAVIER:         PRIMO.

UM:             TELL ME.

JAVIER:         I'M BETO'S PRIMO, ONLY THAT I COULDN'T ANSWER THE PHONE
                YESTERDAY.

UM:             HEY.

JAVIER:         THE ONE THAT IS GOING TO PICK UP THE STUFF FOR THE RENT.

UM:             HEY. SO... RIGHT NOW I'M A LITTLE BIT BUSY. RIGHT NOW... LIKE IN...
                AN HOUR I'LL BE FREE, IF YOU WANT, CALL ME LIKE IN AN HOUR,
                MORE OR LESS.

JAVIER:         OKAY, LISTEN. SO....

                        [VOICES OVERLAP]

UM:             TO TELL YOU...

                        [VOICES OVERLAP]

JAVIER:         SO, TELL ME.

UM:             SO I'LL TELL YOU WHERE, SO I'LL TAKE YOU THE MONEY FOR THE
                RENT.

JAVIER:         OKAY, SO UH... ARE YOU AROUND DALLAS?

UM:             UH.... I LIVE HERE, IN OAK CLIFF.

JAVIER:         OKAY LISTEN, BECAUSE I LIVE HERE ON WEATHERFORD SIDE OF
                TOWN.

UM:             AND WHERE IS IT... OR BY FORT WORTH, RIGHT?, OVER THERE?

JAVIER:         YES, PASSING FORT WORTH, LIKE TWENTY (20) MILES AWAY.

UM:             IT DOESN'T MATTER, I'LL GO WHEREVER, BUT MEXICO.

JAVIER:     OKAY, YES...

[VOICES OVERLAP]

UM:     [LAUGHS]...

JAVIER:     YES, IT'S FUCK UP OVER THERE. ALL RIGHT THEN...

[VOICES OVERLAP]

UM:     SO THEN, LISTEN, I'LL CALL YOU LIKE IN AN HOUR SO YOU WILL TELL ME MORE OR LESS WHERE.

JAVIER:     ALL RIGHT THEN, AND THEN... SO I'LL WAIT HERE FOR YOUR CALL.

UM:     ALL RIHGT THEN, IN AN HOUR MORE OR LESS.

JAVIER:     ALL RIGHT PRIMO.

UM:     ALL RIGHT THEN.

[END OF CALL]