TOMORROW MORNING BUT... UH...

[VOICES OVERLAP]

JAVIER:    OKAY LISTEN...

[VOICES OVERLAP]

UM:    BUT I'M SENDING MY SON-IN-LAW TO WHATEVER TIME.

JAVIER:    BECAUSE LISTEN, TOMORROW AFTERNOON... TOMR.... BECAUSE I'LL BE GOING ON AN ERRAND TOMORROW OVER THE SIDE OF GRAND PRAIRIE.

UM:    OKAY.

JAVIER:    WHAT... WHAT DO YOU THINK IF UH... WHEN I'M ON MY WAY BACK FROM THERE TO HERE, I'LL CALL YOU TO PICK UP THE STUFF, AND WE DO IT LIKE AT THIS TIME, IN THE AFTERNOON?

UM:    OKAY LISTEN.... WHEN YOU CALL ME, IF YOU DO IT WITH SHORT TIME... IT'S THAT I'M WORKING, I WORK UNTIL FOUR (4).

JAVIER:    OKAY.

UM:    BUT EITHER WAY I CAN TELL SOME...

[VOICES OVERLAP]

JAVIER:    OKAY, I'M ONLY... AS A MATTER OF FACT... LISTEN...

[VOICES OVERLAP]

UM:    WHAT?

JAVIER:    I.... I'LL CALL YOU AFTER FOUR (4), SO YOU ARE OFF.

UM:    ALL RIGHT.

JAVIER:    OKAY?

[VOICES OVERLAP]

UM:    SO THAT WAY...

[VOICES OVERLAP]

JAVIER:     WHO... WHO WAS THE ONE THAT CALLED YOU?

[VOICES OVERLAP]

UM:         WHAT?

[VOICES OVERLAP]

JAVIER:     WHO WAS THE ONE THAT CALLED YOU?

UM:         MY COUSIN RAFA.

JAVIER:     OKAY.

UM:         UH-HUH.

JAVIER:     OKAY, ALL RIGHT THEN SO... SO... OKAY SO... RIGHT NOW UH... IT'S
            MORE... I'LL CALL YOU TOMORROW AFTERNOON AFTER FOUR (4) TO
            BE SURE.

UM:         OKAY.

JAVIER:     OH... CALL.... CALL ME WHEN YOU GET OUT... TO BE MUCH BETTER.

UM:         ALL RIGHT THEN.

JAVIER:     WHAT DO YOU THINK?

UM:         WHEN I GET SOME ALONE TIME... IF I HAVE SOME TIME, I'LL CALL
            YOU, IF NOT I'LL CALL YOU AT FOUR (4). BUT AS A MATTER OF
            FACT...

[VOICES OVERLAP]

JAVIER:     ALL RIGHT THEN.

[VOICES OVERLAP]

UM:         I'LL CALL YOU AT THREE (3)

JAVIER:     YES, THAT'S WHY, I'LL BE ON MY WAY AROUND THREE (3) BECAUSE
            I'LL BE FREE AROUND THAT TIME. BUT IT WILL BE AROUND THIS
            TIME, IS THAT OKAY?

UM:          [SNIFFS].... NO IT'S FINE, HOWEVER YOU WANT.

JAVIER:      ALL RIGHT THEN, SO TOMORROW... WE'LL TALK TOMORROW.

UM:          ALL RIGHT.

JAVIER:      ALL RIGHT THEN MAN, THANK YOU.


[END OF CALL]

| | |
|---|---|
| CASE NUMBER | M1-08-0136 |
| TARGET | (817) 819-3392 |
| SESSION NUMBER | 714 |
| DATE | FRIDAY, OCTOBER 16, 2009 |
| TIME | 09:52:44 CDT |
| DURATION | 00:01:03 |
| DIRECTION | INCOMING |
| IN/OUT NUMBER | 2146501042 |
| SUBSCRIBER | UNKNOWN |
| LANGUAGE | SPANISH |
| PARTICIPANTS | JAVIER ROSALES |
| | FNU LNU A.K.A. CHILO |
| MONITOR | DBUITRON |
| TRANSCRIBER | ELENA IZAK |
| REVIEWER | |

JAVIER:    HELLO.

CHILO:    UH, HEY, WHAT'S GOING ON MAN?, THIS IS CHILO.

JAVIER:    HEY, WHAT'S GOING ON CHILO?, HOW ARE YOU?

CHILO:    JUST HERE, NOTHING MUCH.

JAVIER:    SO... YOUR... FATHER-IN-LAW TOLD ME FOR YOU TO... COME PICK UP THE STUFF.

CHILO:    UH-HUH.

JAVIER:    SO... OKAY UH... WHAT TIME ARE YOU GOING TO HAVE A CHANCE?

CHILO:    WHERE.... DO YOU LIVE OR WHAT?

JAVIER:    I.... LIVE HERE, BY FORT WORTH.

CHILO:    OH FORT WORTH?

JAVIER:    UH-HUH.

CHILO:    OH... IT'S THAT HE HAD TOLD ME THAT YOU GUYS WERE COMING OVER HERE, RIGHT?

JAVIER:    YES, YES, I'M... I'M GOING TO GO OVER THERE, BUT... LIKE ABOUT WHAT TIME WILL YOU HAVE A CHANCE?

CHILO:    I'M HERE RIGHT NOW AT THE HOUSE.

JAVIER:    OKAY, LISTEN, RIGHT NOW I HAVE A FEW THINGS TO DO.

CHILO:    HMM.

JAVIER:    AND UH... I'LL CALL YOU IN A LITTLE BIT TO TELL YOU ABOUT WHAT TIME.

CHILO:    ALL RIGHT, I'LL BE HERE WAITING.

[VOICES OVERLAP]

JAVIER:    OKAY?, ALL RIGHT THEN.

CHILO:     ALL RIGHT.

JAVIER:    BYE-BYE.


[END OF CALL]

CASE NUMBER                 M1-08-0136

TARGET                     (817) 819-3392

SESSION NUMBER             719

DATE                       FRIDAY, OCTOBER 16, 2009

TIME                       11:35:06 CDT

DURATION                   00:00:25

DIRECTION                  INCOMING

IN/OUT NUMBER              316010158066688

SUBSCRIBER                 UNKNOWN

LANGUAGE                   SPANISH

PARTICIPANTS               JAVIER ROSALES

                           UNKNOWN MALE [UM]

MONITOR                    DBUITRÓN

TRANSCRIBER                WILMER VÁSQUEZ

REVIEWER

UM:        THEY'RE TWO [2] LEFTS. GO TO THE LEFT, AND THEN TO THE LEFT.
           AND THEN TO THE RIGHT.

JAVIER:    OKAY. I THINK IT'S BECAUSE... IT'S THAT I WENT ALL THE WAY
           STRAIGHT.

UM:        [U/I] YOU CAN GO ALL THE WAY STRAIGHT. KEEP GOING STRAIGHT
           UNTIL IT FINISHES, AND THEN GO... GO TO THE LEFT, AND THEN
           MAKE A TURN. IT'S HERE. STOP RIGHT THERE IF YOU WANT. RIGHT
           UP AHEAD.

JAVIER:    OKAY, I ALREADY SAW THAT [U/I].

                        [END OF CALL]

CASE NUMBER            M1-08-0136

TARGET                (817) 819-3392

SESSION NUMBER        721

DATE                  FRIDAY, OCTOBER 16, 2009

TIME                  12:08:54 CDT

DURATION              00:02:41

DIRECTION             OUTGOING

IN/OUT NUMBER         2146501042

SUBSCRIBER            UNKNOWN

LANGUAGE              SPANISH

PARTICIPANTS          JAVIER ROSALES

                      FNU LNU A.K.A. CHILO


MONITOR               DBUITRON

TRANSCRIBER           ELENA IZAK

REVIEWER

CHILO:       HELLO.

JAVIER:      CHILO.

CHILO:       TELL ME.

JAVIER:      HEY, I'M HERE ON COOPER.

CHILO:       OKAY, DID YOU TURN LEFT WHEN YOU EXIT FROM TWENTY (20)?

JAVIER:      UH.... NO, BECAUSE I CAME ON THIRTY (30) BECAUSE I LIFE... OVER
             HERE, BECAUSE I LIVE NORTH FORT WORTH.

CHILO:       OKAY THEN YOU ARE GOING TO GO... ALL THE WAY ON COOPER,
             LIKE GOING TO TWENTY (20).

JAVIER:      OKAY.

CHILO:       AND YOU ARE GOING TO ARRIVE TO PIONEER.

JAVIER:      OKAY.

CHILO:       AND AT PIONEER YOU ARE GOING TO TURN... LEFT.

JAVIER:      OKAY.

CHILO:       AND YOU ARE GOING TO PASS THRU A LIGHT.... THERE ARE TWO (2)
             TRAFFIC LIGHTS. ONE (1) IS THE MACNUC AND THE OTHER ONE IS
             CENTER. WHEN YOU PASS CENTER YOU ARE GOING TO FIND TWO (2)
             APARTMENT COMPLEXES.

JAVIER:      UH-HUH.

CHILO:       THE ONE THAT I LIVE IS CALLED THE OLYMPIC. FIRST THERE ARE
             SOME BLUE ONES...

JAVIER:      OKAY.

CHILO:       RIGHT THERE AT THE CORNER WITH... AT THE TRAFFIC LIGHT OF
             CENTER.

JAVIER:      OKAY.

CHILO:    AND THEY ARE CALLED BLUE BONNET... THOSE... WELL THE FOLLOWING ONES, AT THE NEXT ENTRANCE, ARE THE OLYMPIC.

JAVIER:    OKAY.

CHILO:    ENTER OVER THERE, AND THOSE... SO CALL ME WHEN YOU GET THERE.

JAVIER:    UH... HEY PRIMO... ARE YOU GOING TO LEAVE THE STUFF OVER THERE?

CHILO:    WHERE?

JAVIER:    OVER THERE, AT THE APARTMENTS.

CHILO:    YES, BECAUSE I'M HERE ALL DAY. I'M HERE ALL DAY.

JAVIER:    OKAY.

CHILO:    WHERE DO YOU BRING THEM IN?

JAVIER:    IN A TRUCK.

CHILO:    BUT... ARE THEY COMING UNCOVER OR... IN A BOX... OR... IN WHERE?

JAVIER:    IN A BOX.

CHILO:    OKAY, YES, THEN I'LL LEAVE THEM HERE ... AND WHEN... I'LL TAKE THEM I'LL HIDE THEM SOMEWHERE IN THE TRUCK.

JAVIER:    OKAY. OKAY SO THEN... I'LL CALL YOU SHORTLY.... WHEN I GET THERE.

CHILO:    YES, AND LIKE I SAY... YOU ARE GOING TO PASS THOSE... THOSE... THEY ARE SOME BLUE APARTMENTS, PASSING THE TRAFFIC LIGHT OF CENTER.

JAVIER:    OKAY.

CHILO:    THEY ARE BLUE, AND THE FOLLOWING ONES ARE THE... THE OLYMPIC, THERE ARE SOME FUCKING FIGURINES... OF SCARECROWS OUTSIDE.

JAVIER:    OKAY, RIGHT NOW...

[VOICES OVERLAP]

CHILO:        ALL RIGHT THEN.

JAVIER:       SO THERE ARE TWO (2) LIGHTS, RIGHT?

CHILO:        YES, TWO (2) LIGHTS RIGHT AFTER.... COOPER.

JAVIER:       OKAY.

CHILO:        WHEN YOU ARE ON PIONEER, YOU ARE GOING TO PASS TWO (2)
              LIGHTS, THAT THEY ARE GOING TO BE MACLUG AND THE NEXT ONE
              IS GOING TO BE CENTER, ONCE YOU PASS CENTER, THE
              APARTMENTS ARE GOING TO BE RIGHT THERE.

JAVIER:       OKAY, I'LL CALL YOU WHEN I GET THERE.

CHILO:        ALL RIGHT THEN.

JAVIER:       ALL RIGHT.


[END OF CALL]

| | |
|---|---|
| CASE NUMBER | M1-08-0136 |
| TARGET | (817) 819-3392 |
| SESSION NUMBER | 722 |
| DATE | FRIDAY, OCTOBER 16, 2009 |
| TIME | 12:23:33 CDT |
| DURATION | 00:01:42 |
| DIRECTION | OUTGOING |
| IN/OUT NUMBER | 2146501042 |
| SUBSCRIBER | UNKNOWN |
| LANGUAGE | SPANISH |
| PARTICIPANTS | JAVIER ROSALES |
| | FNU LNU A.K.A. CHILO |
| | |
| MONITOR | DBUITRON |
| TRANSCRIBER | ELENA IZAK |
| REVIEWER | |

[TELEPHONE RINGS]

JAVIER:    PRIMO.

CHILO:    HELLO.

JAVIER:    HEY, WHICH APARTMENT DO YOU LIVE?

CHILO:    OKAY,... ARE YOU IN FRONT OF THE OFFICE?.

JAVIER:    YES.

CHILO:    THEN TURN... TO THE LEFT.

JAVIER:    OKAY.

CHILO:    ALL THE WAY TO THE LEFT, WHAT KIND OF TRUCK DO YOU DRIVE?

JAVIER:    A WHITE ONE.

CHILO:    HELLO.

JAVIER:    HEY.

CHILO:    OH... WHAT KIND OF TRUCK DO YOU DRIVE?

JAVIER:    A WHITE ONE.

CHILO:    OKAY THEN... GO TO YOUR LEFT.

JAVIER:    UH-HUH.

CHILO:    SO PASS THRU THE [U/I] LIKE YOU WOULD SAY.

JAVIER:    I.... I'M ALREADY IN, I ALREADY TURNED LEFT.

CHILO:    OKAY. I'M GOING.... OUTSIDE.

JAVIER:    WHAT...

[VOICES OVERLAP]

CHILO:    CAN YOU SEE A LINCOLN PARKED HERE... IN THE BACK?

JAVIER:     UH... WHAT CAR?

CHILO:      THAT HAS A FOR SALE SIGN.

JAVIER:     THAT... DO I GO ALL THE WAY TO THE TRASH CAN?

CHILO:      UH... YOU WENT TO THE OTHER SIDE, RIGHT?

JAVIER:     I DON'T... I ENTERED AND WENT LEFT.

CHILO:      UH... LET'S SEE...

JAVIER:     THERE IS A RED VAN WITH THE FOR SALE SIGN.

CHILO:      NO, GO... GO... LET ME... [SIGHTS]....

JAVIER:     IT'S... ARE YOU [U/I]?

CHILO:      OH YES. KEEP GOING, KEEP GOING, I ALREADY SAW YOU. I ALREADY SAW YOU.

JAVIER:     OKAY.


[END OF CALL]

| | |
|---|---|
| CASE NUMBER | M1-08-0136 |
| TARGET | (817) 819-3392 |
| SESSION NUMBER | 727 |
| DATE | FRIDAY, OCTOBER 16, 2009 |
| TIME | 15:47:50 CDT |
| DURATION | 00:02:10 |
| DIRECTION | OUTGOING |
| IN/OUT NUMBER | 5213511218577 |
| SUBSCRIBER | UNKNOWN |
| LANGUAGE | SPANISH |
| PARTICIPANTS | JAVIER ROSALES |
| | ALBERTO PULIDO A.K.A. BETICO |
| MONITOR | ELMARTINEZ |
| TRANSCRIBER | ELENA IZAK |
| REVIEWER | |

[TELEPHONE RINGS]

ALBERTO:    HELLO.

JAVIER:     WHAT'S UP?

ALBERTO:    TELL ME.

JAVIER:     HEY,... DID THEY CONFIRM THAT... THAT THE GUYS RECEIVED THE STUFF?

ALBERTO:    YES, YES, YES.

JAVIER:     OKAY.

[VOICES OVERLAP]

ALBERTO:    IT'S FINE. WE ONLY HAVE TO LET THEM KNOW THAT THEY TOOK THEM, AND THAT'S AS FAR AS OUR RESPONSIBILITY GOES.

JAVIER:     UH... THE REASON IS THAT...

[VOICES OVERLAP]

ALBERTO:    IT'S THEIR DEAL.

[VOICES OVERLAP]

JAVIER:     THE REASON THAT...

[VOICES OVERLAP]

ALBERTO:    WHAT?

JAVIER:     THE REASON WHY I'M TELLING YOU IS BECAUSE THEY CHANGED DUDES AT THE LAST MOMENT.

ALBERTO:    HOW?

JAVIER:     YES, SO... THE ONE THAT CALLED YESTERDAY WASN'T THE GUY THAT PICKED IT UP, SO... IT WAS SOMEONE ELSE. IT WASN'T...

[VOICES OVERLAP]

ALBERTO:     BUT THERE IS NO PROBLEM.

JAVIER:      OKAY.

ALBERTO:     NO PROBLEM, IT'S THEIR RESPONSIBILITY.

JAVIER:      OKAY AND...

                        [VOICES OVERLAP]

ALBERTO:     DO YOU UNDERSTAND ME?

JAVIER:      UH-HUH.

ALBERTO:     UH... DO YOU UNDERSTAND ME?... FOR US... AN EXAMPLE, SO... IF I
             TELL YOU THAT THEY ARE GOING TO CALL YOU. AND UH... NOBODY
             ELSE HAS THE NUMBER OR NOBODY ELSE AGREED TO... TO DELIVER
             IT NOW, IN THE MORNING.

JAVIER:      YEA.

ALBERTO:     DO YOU KNOW WHAT I MEAN?

JAVIER:      NO AND...

                        [VOICES OVERLAP]

ALBERTO:     IT'S THEIR PROBLEM NOW.

JAVIER:      YEA. WHAT... SO... THE REASON I WAS ASKING IS THAT... THE WAY
             THE FUCKING WORK WAS DONE THIS TIME, WAS FUCKING FUCKED
             UP. THE DUDE MADE ME TAKE IT ALL THE WAY WHERE HE LIVES, TO
             SOME APARTMENTS... AND IT'S FUCKED UP LIKE THAT. BECAUSE
             THERE IS PEOPLE EVERYTWHERE...

                        [VOICES OVERLAP]

ALBERTO:     IS THE DUDE STUPID?

                        [VOICES OVERLAP]

JAVIER:      THAT'S WHY...

                        [VOICES OVERLAP]

ALBERTO:    HE IS STUPID.

JAVIER:    BECAUSE HE TOLD ME...

[VOICES OVERLAP]

ALBERTO:    BECAUSE YOU DON'T SUPPOSED TO KNOW.... YOU DON'T SUPPOSED TO KNOW THE DUDE THAT IS GOING TO USE THEM.

JAVIER:    EXACTLY. AND I ASKED HIM, WHERE DO YOU WANT ME TO TAKE THEM?, AND HE SAID, JUST HERE, AND I ASKED HIM, AM I GOING TO TAKE THEM ALL THE WAY TO YOUR HOUSE?, AND HE SAID, YES, AND THEN... AND WHEN HE TOLD ME THAT HE LIVES IN AN APARTMENT, I THOUGHT, IT'S FUCKED UP. AND THOSE APARTMENTS ARE CLOSE AT THAT TIME.

ALBERTO:    HEY. NO, IT'S ON THEM NOW PRIMO. IT'S THEIR PROBLEM, EVERYTHING IS GOOD. I ALREADY REPORTED IT, I ALREADY SENT THE LIST... OF WHAT... IT WAS.

JAVIER:    OKAY.

ALBERTO:    SO... THAT'S IT PRIMO.

JAVIER:    ALL RIGHT THEN, KEEP IN TOUCH.

ALBERTO:    ALL RIGHT THEN, BYE.

JAVIER:    BYE.

[END OF CALL]

Interview of Gustavo Pulido by FWPD Detective Angela Jay
09-10-2009
Transcribed by Dallas Seals
AJ -FWPD Detective Angela Jay
MG – FWPD Officer Mario Gomez
GP- Gustavo Pulido

AJ:     DETECTIVE AM JAY.  THIS IS SEPTEMBER THE 10TH 2009. IT IS
        APPROXIMATELY 1435 HOURS.  MJYSELF AND OFFICER GOMEZ ARE
        GOING TO INTERVIEW GUSTAVO PULIDO IN REFERENCE TO REPORT
        NUMBER 09-78454.  (PAUSE)  OK READY.  WE'RE GOING.

INAUDIBLE:

AJ:     A BUSINESS CARD? YOU NEED IT?  YOU SPEAK SOME ENGLISH, IS
        THAT CORRECT?

GP:     YES, A LITTLE BIT.  I UNDERSTAND A LOT OF THAT.

AJ:     YOU UNDERSTAND BETTER THAN YOU SPEAK? YOU SPEAK
        SPANISH.  THIS GENTLEMAN IS GOING TO TRANSLATE OR IF YOU
        NEED HELP WITH TRANSLATION.  WHAT IS YOUR FULL NAME?
(SPANISH)

GP:     GUSTAVO PULIDO

AJ:     OK, WHEN IS YOUR BIRTH DATE?

GP:     06/20/61

AJ:     06/20/61?

GP:     YES

AJ:     DO YOU HAVE AN ID OR DRIVERS LICENSE? (PAUSE)  I'LL BE RIGHT
        BACK.

AJ:     OK, YOU CURRENTLY LIVE AT 10504 HOLLY GROVE DR. OK.  DO YOU
        KNOW WHY YOU ARE HERE?

GP:     YES

1

AJ:     OK, WHAT, WHAT, JUST BECAUSE THE NARCOTIC COMPLAINT AT YOUR RESIDENCE?

GP:     ANSWERS IN SPANISH

MG:     HE WANTS TO KNOW WHAT ELSE YOU WANT TO KNOW BECAUSE THE OFFICERS TOLD HIM THAT HIS HOUSE WAS A NARCOTICS COMPLAINT LOCATION AND THEY WENT IN THERE AND THEY FOUND THE GUNS.  THEY ASKED HIM IF THE GUNS WERE STOLEN AND HE TOLD THEM HE PURCHASED THEM THROUGH THE INTERNET AND WHEN THEY SEIZED THE GUNS, THEY TOLD HIM TO PROVIDE PROOF THAT HE GUNS WERE PURCHASED AND THEY WOULD RETURN THE GUNS TO HIM.

AJ:     OK…AND HE PURCHASED THEM THROUGH THE INTERNET?

MG:     (ASKED QUESTION IN SPANISH)

GP:     YES

AJ:     WHAT INTERNET SITE DID HE GO TO?  DOES HE KNOW?

GP:     I DON'T KNOW.

AJ:     YOU DON'T KNOW?

GP:     NO.

AJ:     OK, WHEN THE OFFICERS CAME OUT THERE, THERE WERE NO DRUGS IN THE HOUSE?  IS THAT CORRECT?

GP:     YEAH

AJ:     OK…ARE THEY YOUR GUNS?

GP:     (ANSWERS IN SPANISH)

MG:     HE SAYS THE GUNS DID NOT BELONG TO HIM, THAT A FRIEND DROPPED THEM OFF THERE AND WAS SUPPOSE TO PICK THEM UP.

AJ:     WHAT FRIEND DROPPEDTHEM OFF?

GP:     ALBERTO MARTINEZ

AJ:     HOW DO I REACH… (INTERRUPTED)

2

GP:    (SPEAKS IN SPANISH)

MG:    HE SAID THAT NOW HE FOUND OUT THE GUNS BELONG TO A GUY
       NAMED CARLOS.  BUT THE ONE WHO BROUGHT THEM TO HIS HOUSE
       WAS NAMED ALBERTO MARTINEZ

AJ:    WHERE DOES ALBERTO LIVE?

MG:    (ASK QUESTION IN SPANISH)

GP:    (ANSWERS IN SPANISH)

MG:    HE'S IN MEXICO, BUT HE HASN'T SEEN HIM ANYMORE.

AJ:    WHAT'S HIS PHONE NUMBER?

MG:    (ASK QUESTION IN SPANISH)

GP:    I DON'T KNOW (IN ENGLISH)

AJ:    HOW DO YOU REACH HIM?

GP:    (ANSWERS IN SPANISH)

MG:    HE SAYS THAT HE USE TO SEE HIM AT THE FOOTBALL GAMES AND
       QUINCERARAS AND GATHERINGS LIKE THAT BUT HE HASN'T SEEN
       HIM SINCE THEN, SINCE HE DROPPED OFF THE GUNS.  SO HE
       DOESN'T KNOW HOW TO GET A HOLD OF HIM.

AJ:    OK…OK… I'M REALLY CONFUSED HERE AND I'M NOT SURE IF THIS
       IS MAKING SENCE TO YOU? YOU SAID YOU ORDERED THE GUNS OFF
       THE INTERNET, YOU DON'T KNOW WHAT SITE YOU WENT TO…

MG:    DO YOU WANT ME TO ASK HIM WHO ORDERED THE GUNS OFF THE
       INTERNET?

AJ:    IS THAT NOT WHAT HE SAID EARLIER?

MG:    (ASK QUESTION IN SPANISH)

GP:    (ANSWERS IN SPANISH)

MG:    OK, NOW HE IS SAYING HE DIDN'T ORDER THEM OFF THE INTERNET.
       HE THINKS CARLOS ORDERED THEM OFF THE INTERNET BUT HE
       BELIEVES THE GUNS WERE FIRST ALBERTO'S, THE PERSON WHO

BROUGHT THEM TO HIS HOUSE. BUT NOW HE HAS FOUND OUT A
COUPLE OF THE GUNS BELONG TO CARLOS.

GP:    (SPEAKS IN SPANISH)

MG:    CARLOS SENT ALBERTO TO GO PICK UP THE GUNS.

AJ:    TO PICK THEM UP FROM…?

MG:    (IN SPANISH) ADONDE?

GP:    (ANSWERS)

SOMEONE SPEAKING/ UNINTELLIGIBLE

AJ:    OH…OK…SO CARLOS SENT ALBERTO TO PICK UP THE GUNS AND
BRING THEM TO HIS HOUSE? SO WHY DID THEY BRING THEM TO
YOUR HOUSE?

MG:    (ASK QUESTION IN SPANISH)

GP:    (ANSWERS IN SPANISH)

MG:    HE SAID HE TOLD THEM, HE ASKED THEM IF THEY COULD LEAVE
THEM AT HIS HOUSE, THAT HE WAS GOING TO LEAVE THEM FOR A
LITTLE WHILE AND HE ASKED THEM "FOR HOW LONG?" HE GOES
"FOR JUST A LITTLE WHILE". HE AGREED TO MEET HIM AT HIS
HOUSE. SO, HE HASN'T SEEN HIM SINCE THEN.

AJ:    ARE HE AND CARLOS FRIENDS? I HAVE MET WITH CARLOS AND
INTERVIEWED HIM AND TALKED TO HIS ATTORNEY, SO DO YOU
UNDERSTAND WHAT I AM SAYING TO YOU?

GP:    UMM HMM

AJ:    ARE YA'LL FRIENDS?

GP:    (ANSWERS IN SPANISH) NO, NO…

MG:    HE SAID THEY ARE LIKE JUST ACQUAINTANCES. THEY'RE NOT
REALLY FRIENDS. HE JUST KNOWS HIM.

GP:    SPEAKS IN SPANISH

MG:    THEY USE TO LIVE IN THE SAME NEIGHBORHOOD BUT THEN HE
MOVED TO THE WESTSIDE.

4

GP:    SPEAKS IN SPANISH

MG:    IT'S BEEN 10 YEARS SINCE THEY'VE BEEN, YA KNOW, FRIENDS.

AJ:    OK…SO HE HASN'T SEEN ALBERTO SINCE THEN?

MG:    (ASK QUESTION IN SPANISH)

GP:    NO, NO

AJ:    SO ARE ALBERTO AND CARLOS FRIENDS?

MG:    (ASK QUESTION IN SPANISH)

GP:    (ANSWERS IN SPANISH)

MG:    HE DOESN'T KNOW THERE STATUS AS FAR AS HOW THEY COMMUNICATE AND STUFF.

AJ:    OK…WHY…HOW LONG HAD THEY (THE GUNS) BEEN AT HIS HOUSE?

MG:    (ASK QUESTION IN SPANISH)

GP:    (ANSWERS IN SPANISH) ONE MONTH

AJ:    ONE MONTH?

GP:    YES

AJ:    AND WHY DID YOU HAVE THEMUP IN THE ATTIC?

MG:    (ASKED QUESTION IN SPANISH)

GP:    (ANSWERS IN SPANISH)

MG:    HE SAYS HE DIDN'T WANT TO PUT THEM IN THE GARAGE, SO HE PUT THEM IN THE ATTIC.

AJ:    YOU JUST DIDN'T WANT TO TELL YOUR WIFE ABOUT IT?

MG:    (ASKED QUESTION IN SPANISH)

GP:    (ANSWERS IN SPANISH)

MG:    HE SAYS SHE DIDN'T KNOW.

5

AJ:     OK…. (INTERUPTED)

GP:     (SPEAKING SPANISH)

MG:     HE SAID THAT HE KNEW THAT THEY WEREN'T STOLEN, THAT'S WHY HE AGREED TO PUT THEM UP THERE.

AJ:     HOW DID HE KNOW THEY WEREN'T STOLEN IF THE GUY NEVER SHOWED UP?

MG:     (ASKED QUESTION IN SPANISH)

GP:     (ANSWERS IN SPANISH)

MG:     BECAUSE EVERYTHING WAS STILL IN THE BOX.

GP:     (SPEAKS IN SPANISH)

MG:     EVERYTHING ENTACT…SO THAT MADE HIM BELIEVE THEY WEREN'T STOLEN.

AJ:     OK…DOESN'T HAVE ANYWAY TO REACH….DOES ALBERTO LIVE HERE OR IN MEXICO?

GP:     (ANSWERS IN SPANISH)

MG:     HE SAID HE COULD BE OVER THERE OR HERE BUT HE DOESN'T KNOW.

AJ:     HE DOES KNOW, HE NEVER CAME BACK?

GP:     (ANSWERS IN SPANISH)

MG:     HE SAID THAT HE HAS BEEN HAVING PROBLEMS WITH HIS WIFE, SO HE DOESN'T KNOW.

AJ:     ALBERTO HAS?

GP:     UM HMM…

AJ:     OK…DOES SHE LIVE HERE?

GP:     (SPEAKS IN SPANISH)

MG:     HE SAID, YES, SHE LIVES HERE BUT HE DOESN'T KNOW WHERE.

AJ:    WHERE DID YALL USE TO LIVE?

MG:    (ASKED QUESTION IN SPANISH)

UNKNOWN SPEAKER/ UNINTELLIGIBLE

GP:    (SPEAKS IN SPANISH)

AJ:    HOUSES?

GP:    UNKNOWN

AJ:    WHERE DID ALBERTO LIVE CLOSE TO YOU?

GP:    (ANSWERS IN SPANISH)

MG:    HE SAID FROM THE SOCCER TEAM, THAT'S HOW THEY USE TO SEE EACH OTHER AT THE SOCCER FIELDS.

GP:    (SPEAKS IN SPANISH)

MG:    HE SAID HE ALREADY MENTIONED HE LIVED IN THE SAME NEIGHBORHOOD AS CARLOS.

AJ:    OK...CARLOS...WHERE WAS THAT?

GP:    (SPEAKS IN SPANISH)

MG:    HE SAID ON LISBON.

AJ:    OK...NOW HE LIVES ON NORTHSIDE.  OK...WILL YOU HAVE ALBERTO CALL ME IF YOU HEAR FROM HIM?

MG:    (TRANSLATES TO GP)

GP:    YES

MG:    YES

AJ:    LET ME SEE IF THERE IS ANYTHING ELSE I NEED TO KNOW.  OK... I WANT TO MAKE SURE IF I'VE GOT IT CLEAR WITH YOU BEFORE WE'RE DONE.  YOU ORDERED THE GUNS ON THE INTERNET?

GP:    NO.  CARLOS DID.

AJ:    CARLOS DID.  THE ONLY THING YOU DID WAS SAVE THEM FOR...
(INTERUPTED)

GP:    (SPEAKS IN SPANISH)

MG:    HE SAID THE ONLY THING HE DID WAS STORE THEM?

AJ:    DID ALBERTO TELL HIM HE WAS GOING TO COME BACK FOR THEM
AND GET THEM OR THEY BELONGED TO CARLOS?

MG:    (ASKED QUESTION IN SPANISH)

GP:    (ANSWERS IN SPANISH)

MG:    HE SAID ALBERTO SAID THAT.

AJ:    THAT THEY BELONG TO HIM?

MG:    THAT HE (ALBERTO) WAS GOING TO COME BACK FOR THEM?
(ASKED QUESTION IN SPANISH)

GP:    (ANSWERED QUESTION IN SPANISH)

MG:    HE SAID ALBERTO TOLD HIM THEY WERE HIS GUNS WHEN HE GAVE
THEM TO HIM AT HIS HOUSE.

AJ:    SO HE HAD THEM A MONTH AND ALBERTO NEVER CAME BACK,
RIGHT?

MG:    (ASKED QUESTION IN SPANISH)

GP:    (ANSWERED IN SPANISH)

MG:    HE SAID HE TALKED TO A FRIEND DOWN IN MEXICO WHEN HE WAS
TRYING TO GET A HOLD OF ALBERTO, TO TELL HIM TO COME PICK
UP HIS GUNS AND THAT THE FRIEND CALLED HIM BACK LATER AND
TOLD HIM THOSE GUNS DIDN'T BELONG TO ALBERTO, THEY
BELONGED TO CARLOS.

AJ:    SO YOUR FRIEND IS NOW ABLE TO REACH ALBERTO?

MG:    (ASKED QUESTION IN SPANISH)

GP:    (ANSWERS IN SPANISH)

8

MG:  HE SAID IF HE DOES GET A HOLD OF ALBERTO, HE IS SUPPOSED TO TELL HIM TO CALL YOU. I TOLD HIM YES...HE NEEDS TO CALL YOU.

AJ:  WHO IS THE FRIEND YOU ARE TALKING ABOUT?

MG:  (ASKED QUESTION IN SPANISH)

GP:  (ANSWERS IN SPANISH)

MG:  A FRIEND IN MICHOACAN.

AJ:  DOES HE HAVE A NAME?

MG:  (ASKED QUESTION IN SPANISH)

GP:  (ANSWERS IN SPANISH)

MG:  THEY'RE JUST FRIENDS. (INTERUPTED)

GP:  (SPEAKS IN SPANISH)

MG:  HE SAID THEY ARE ACQUAINTANCES, AN ACQUAINTANCE BACK IN MEXICO, WHERE THEY ARE FRIENDS.

AJ:  OK...IT'S PROBABLY GOING TO BE A COUPLE WEEKS OR SO BEFORE I CAN CLEAR THIS UP. I'M TRYING TO CLEAR IT NOW. BUT IT'S PROBABLY GOING TO BE A COUPLE TWO OR THREE WEEKS BEFORE I CAN DO THAT. SO YA KNOW, I'LL GET WITH CARLOS, BECAUSE THEY ARE HIS. BUT IF YOU GET A HOLD OF ALBERTO, BE SURE TO HAVE HIM CALL ME BECAUSE THAT'S KIND OF CONFUSING HERE. HAVE YOU TALKED TO CARLOS?

GP:  UUU...NO... (SPEAKS IN SPANISH)

MG:  HE SAID HE TALKED TO HIM ONE TIME, THAT'S IT.

AJ:  OK...WELL I WILL GET WITH CARLOS' ATTORNEY SINCE HE HAS AN ATTORNEY NOW TO DEAL WITH THAT AND LET YOU KNOW. I SHOULDN'T NEED ANYTHING ELSE FROM HIM, BUT IF HE IS AVAILABLE, I MIGHT NEED HIM.

MG:  (TELLS GP IN SPANISH)

AJ:  ASK HIM IF HE HAS ANY QUESTIONS?

GP:  (SPEAKS IN SPANISH)

9

MG:  HE SAYS HE IS JUST CONFUSED BECAUSE HE SAID THE POLICE SHOWED UP AT HIS HOUSE BECAUSE OF A NARCOTICS COMPLAINT THAT HE WASN'T SURE IF HE WAS LEGALLY RIGHT OR WRONG FOR HAVING THOSE WEAPONS IN HIS HOUSE.

AJ:  REALLY YOU NEED TO OWN THEM.  ASK HIM IF HE… (UNINTELLIGIBLE)…ABOUT THE NARCOTICS COMPLAINT?

GP:  (ANSWERS IN SPANISH)

MG:  HE IS JUST REITERATING THE FACT ABOUT THE (INTELLIGIBLE)

AJ:  (UNINTELLIGIBLE)

GP:  (SPEAKS IN SPANISH)

MG:  HE IS UPSET THEY SEARCHED HIS HOUSE FOR DRUGS.

AJ:  JUST LET ME KNOW, THERE AREN'T ANY PROBLEMS, EVERYTHING IS LOOKING JUST FINE.

GP OR MG:   OK

AJ:  I DON'T SEE ANY ISSUES COMING FROM THIS AT ALL AND I'M TRYING TO FINISH IT UP SO I CAN CLOSE IT OUT.  ONCE I GET ALL MY REPORTS DONE, I'LL GET WITH CARLOS' ATTORNEY.

MG:  (TELLS GP IN SPANISH)

GP:  OK.

AJ:  OK.  THANK YOU.

GP:  THANK YOU

MG:  THANK YOU

AJ:  OK, THAT'S IT, END AT 1555 HOURS, INTERVIEW AT THIRD FLOOR INTERVIEW ROOM.

MG:  CORRECTION ON TIME, 1455 HOURS.


END OF TAPE.

10